United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Mikele D. Miller  
    Debtor

Case No. 18-02765-RNO  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AGarner | Page 1 of 1 | Date Rcvd: Jul 23, 2018 |
|---|---|---|---|
| | Form ID: pdf010 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db     +Mikele D. Miller,   105 Weire Road,   York, PA 17404-9638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
        Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
        James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        Steven M. Carr (Trustee)    carrtrustee@yahoo.com,  pa31@ecfcbis.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    MIKELE D. MILLER | CHAPTER 7<br><br>CASE NUMBER 1:18-bk-02765<br><br>MOTION TO EXTEND TIME TO FILE REQUISITE SCHEDULES |

## ORDER EXTENDING TIME TO
## FILE REQUISITE SCHEDULES FOR FILING REQUISITE SCHEDULES

UPON CONSIDERATION OF a review of the Motion filed by the Debtor seeking to have the time in which to file the requisite schedules is extended, it is hereby

ORDERED that the time within which the Debtor must file the requisite schedules, be extended an additional thirty (30) days until August 13, 2018

Dated:  July 23, 2018

By the Court,

*(signature)*

Robert N. Opel, II, Chief Bankruptcy Judge (AG)

{01495526/1}