| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-5896 | M D MILLER | 01830999 | 07 18 | 00005966 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | E 17 | 66782 | 090 | T | 15.14 | 486.10 |
| 2 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 |
| 2 | E 17 | 66782 | 090 | N | 1.37 | 3.52 |
| 2 | E 17 | 66782 | 090 | S | 12.53 | 100.57 |
| 1 | E 17 | 66782 | 090 | T | 3.23 | 103.70 |
| 1 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 |
| 1 | E 17 | 66782 | 090 | N | .73 | 1.88 |
| INSURANCE INCOME | | | | | | 1.04 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 3264.31 | 22402.56 |
| FED TAX S1 | 425.41 | 3121.31 |
| ST TAX PA S0 | 94.82 | 650.09 |
| RETIRE 8 | 20.55 | 140.44 |
| MEDICARE | 44.80 | 307.15 |
| UN L | 25.53 | 188.66 |
| UN P | 12.04 | 12.04 |
| UN S | 8.00 | 56.00 |
| IN4X0 | 24.15 | 168.70 |
| ALOT | 5.00 | 35.00 |
| TSP10 | 256.85 | 1755.42 |
| TSPLG | 106.58 | 746.06 |
| FSAHC | 101.92 | 713.44 |
| L0492 | 38.61 | 264.69 |
| HP111SLF | 73.72 | 513.54 |
| SOSEC | 191.56 | 1313.33 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8.00 |
| AL PRIOR YR BAL | 135.52 |
| + AL EARNED YTD | 48.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | 183.52 |
| + AL ADVANCED | 160.00 |
| = AVAIL AL BAL | 343.52 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 175.41 |
| + SL EARNED YTD | 24.00 |
| - SL USED YTD | 0.00 |
| = CURRENT SL BAL | 199.41 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 11.50 |

DONATED LV BAL = 94.44

NET PAY 1834.77 NT BK

USPS RETIREMENT 6659.32

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
318 BRIDGE ST
NEW CUMBERLAND PA 17070-9998

04-06-2018
00005966

MIKELE D MILLER
105 WEIRE RD
YORK PA 17404-9638

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-5896 | M D MILLER | 01830999 | 08 18 | 00006839 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | E 17 | 66782 | 090 | T | 1.73 | 55.54 | GROSS PAY | 2737.43 | 25139.99 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 2 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 | FED TAX S1 | 309.49 | 3430.80 | AL PRIOR YR BAL | 135.52 |
| 2 | E 17 | 66782 | 090 | N | .21 | .54 | ST TAX PA S0 | 78.65 | 728.74 | + AL EARNED YTD | 56.00 |
| 1 | E 17 | 66782 | 090 | T | 3.46 | 111.09 | RETIRE 8 | 20.55 | 160.99 | + AL HOL EARNED YTD | 0.00 |
| 1 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 | MEDICARE | 37.16 | 344.31 | - AL USED YTD | 0.00 |
| 1 | E 17 | 66782 | 090 | N | .67 | 1.72 | UN L | .00 | 188.66 | = EARNED AL BAL | 191.52 |
| INSURANCE INCOME | | | | | | 1.04 | UN P | 12.04 | 24.08 | + AL ADVANCED | 152.00 |
| | | | | | | | UN S | 8.00 | 64.00 | = AVAIL AL BAL | 343.52 |
| | | | | | | | IN4X0 | 24.15 | 192.85 | AL USED THIS PP | 0.00 |
| | | | | | | | ALOT | 5.00 | 40.00 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | TSP10 | 256.85 | 2012.27 | SL PRIOR YR BAL | 175.41 |
| | | | | | | | TSPLG | 106.58 | 852.64 | + SL EARNED YTD | 28.00 |
| | | | | | | | FSAHC | 101.92 | 815.36 | - SL USED YTD | 0.00 |
| | | | | | | | L0492 | 32.02 | 296.71 | = CURRENT SL BAL | 203.41 |
| | | | | | | | HP111SLF | 73.72 | 587.26 | SL USED THIS PP | 0.00 |
| | | | | | | | SOSEC | 158.90 | 1472.23 | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 11.50 |

DONATED LV BAL = 94.44  NET PAY 1512.40  NT BK  USPS RETIREMENT 6659.32

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
318 BRIDGE ST
NEW CUMBERLAND PA 17070-9998

04-20-2018
00006839

MIKELE D MILLER
105 WEIRE RD
YORK PA 17404-9638

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIKELE D MILLER | | | | | | | 6/24/18, 6:53 PM |

# USPS Employee Earnings Statement — UNITED STATES POSTAL SERVICE

Print This Page

**Employee:** MIKELE D MILLER
**Employee ID:** 01830999
**Finance Number:** 41-5896   **Pay Loc:** 000
**Pay Period:** 09-2018
**Pay Date:** 05/04/18
**Inclusive Dates:** 04/14/18 - 04/27/18

**Net Pay: $ 1,454.91**

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-18 | 1 | E | 17 | | 090 | 66,782 | 35 | EXTRA STRAIGHT TIME | 2.53 | 81.23 |
| 09-18 | 1 | E | 17 | | 090 | 66,782 | 52 | WORK HOURS | 24.00 | 770.56 |
| 09-18 | 1 | E | 17 | | 090 | 66,782 | 54 | NIGHT WORK PREM HOURS | .23 | .59 |
| 09-18 | 1 | E | 17 | | 090 | 66,782 | 55 | ANNUAL LEAVE | 16.00 | 513.71 |
| 09-18 | 2 | E | 17 | | 090 | 66,782 | 55 | ANNUAL LEAVE | 40.00 | 1,284.27 |

**Total Hours Gross Pay:** 2,650.36

**Total Adjustments Gross:** .00

***** To view detailed information on adjustments, click on the View Adjustments link ==>   **View Adjustments**

**Leave**
**Category:** 8.00   **Leave Computation date:** 02/23/95

### Annual Leave (AL)
| | |
|---|---|
| AL Prior Year Balance | 135.52 |
| AL Maximum Carryover | 560.00 |
| AL Carried over from Prior Year | 135.52 |
| + AL Earned YTD | 64.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 56.00 |
| = Earned Annual Leave Balance | 143.52 |
| + AL Advanced YTD | 144.00 |
| = Available AL Balance | **287.52** |
| AL Used this Pay Period | 56.00 |

### Sick Leave (SL)
**Category:** 4.00
| | |
|---|---|
| SL Prior Year Balance | 175.41 |
| + SL Earned YTD | 32.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | **207.41** |
| SL Used this Pay Period | .00 |

### Other Leave
| | |
|---|---|
| Donated Leave Received | 140.00 |
| - Donated Leave Used YTD | 45.56 |
| = Donated Leave Balance | 94.44 |

### Leave Without Pay (LWOP)
| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 11.50 |
| Leave Increment LWOP | 3.19 |

### Retirement

### Additional Pay / Other Compensation

| | Amount Pay Period | YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| **Total Gross Pay:** | **$ 2,650.36** | **$ 27,790.35** |

### Deductions

| | Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code 8 | 20.55 | 181.54 |
| Social Security | 153.43 | see YTD below |
| Medicare | 35.88 | see YTD below |
| Federal Tax: S 01 | 265.34 | see YTD below |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 73.72 | 660.98 |
| State Tax: PA S 00 | 75.97 | 804.71 |
| Local Tax: 492 M 00 | 30.93 | 327.64 |
| FSA Health Care | 101.92 | 917.28 |
| Optional Insurance: A | .70 | 6.30 |
| Optional Insurance: B 5 | 23.45 | 210.70 |
| Social Security (deducted on Ins Income) | .07 | 1,625.73 |
| Medicare (deducted on Ins Income) | .02 | 380.21 |
| TSP Loan: G | 106.58 | 959.22 |

https://liteblue.usps.gov/wps/PA_ePayroll/PDFDownloadServlet

Page 1 of 2

Case 1:18-bk-02765-RNO   Doc 20   Filed 09/12/18   Entered 09/12/18 11:30:09   Desc
Main Document     Page 3 of 8

| YTD: | 181.54 | Total: | 6,659.32 |
|---|---|---|---|
| PP 1%: | 25.69 | YTD USPS 1%: | 226.95 |
| PP Match: | 102.74 | YTD Matching: | 907.64 |
| Pay Period: | 1.04 | YTD: | 9.29 |

| | | |
|---|---|---|
| Thrift Savings Plan (TSP): 10% - (Regular) | 256.85 | 2,269.12 |
| Union Dues: S | 8.00 | 72.00 |
| Union Dues: P | 12.04 | 36.12 |
| Extra Federal Tax | 25.00 | 3,721.14 |
| Allotment | 5.00 | 45.00 |
| Union Dues: L | .00 | 188.66 |
| **Total Current Pay Period Deductions :** | 1,195.45 | |
| **Total Adjustments Deductions :** | .00 | |
| Total Deductions : | $ 1,195.45 | $ 12,406.35 |
| Net Pay (Net To Bank): | $ 1,454.91 | $ 15,384.00 |

*Restricted Information / Confidential*

| Print This Page | USPS Employee Earnings Statement | | | | | UNITED STATES POSTAL SERVICE |
|---|---|---|---|---|---|---|

Employee: MIKELE D MILLER  
Employee ID: 01830699  
Finance Number: 51-5895  Pay Loc:  Job:  
Pay Period: 10-2018  
Pay Date: 05/18/18  
Inclusive Dates: 04/28/18 - 05/11/18  
Net Pay: $1,520.36

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-18 | 1 | E | 17 | | 090 | 66,782 | 52 | WORK HOURS | 24.00 | 770.56 |
| 10-18 | 1 | E | 17 | | 090 | 66,782 | 55 | ANNUAL LEAVE | 16.00 | 513.71 |
| 10-18 | 2 | E | 17 | | 090 | 66,782 | 35 | EXTRA STRAIGHT TIME | 5.62 | 180.44 |
| 10-18 | 2 | E | 17 | | 090 | 66,782 | 52 | WORK HOURS | 40.00 | 1,284.27 |
| 10-18 | 2 | E | 17 | | 090 | 66,782 | 54 | NIGHT WORK PREM HOURS | .20 | .51 |

Total Hours Gross Pay: 2,749.49  
Total Adjustments Gross: .00

***** To view detailed information on adjustments, click on the View Adjustments link ==>  **View Adjustments**

**Leave**  
Category: 8.00  Leave Computation date: 02/23/95  
Annual Leave (AL)

| | |
|---|---|
| AL Prior Year Balance | 135.52 |
| AL Maximum Carryover | 560.00 |
| AL Carried over from Prior Year | 135.52 |
| + AL Earned YTD | 72.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 72.00 |
| = Earned Annual Leave Balance | 135.52 |
| + AL Advanced YTD | 136.00 |
| = Available AL Balance | **271.52** |
| AL Used this Pay Period | 16.00 |

Sick Leave (SL)  
Category: 4.00

| | |
|---|---|
| SL Prior Year Balance | 175.41 |
| + SL Earned YTD | 36.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | **211.41** |
| SL Used this Pay Period | .00 |

Other Leave

| | |
|---|---|
| Donated Leave Received | 140.00 |
| - Donated Leave Used YTD | 45.56 |
| = Donated Leave Balance | 94.44 |

Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 11.50 |
| Leave Increment LWOP | 3.19 |

Retirement

| Additional Pay / Other Compensation | Amount Pay Period | YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Gross Pay: | $2,749.49 | $30,539.84 |

| Deductions | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code 8 | 20.55 | 202.09 |
| Social Security | 159.57 | see YTD below |
| Medicare | 37.32 | see YTD below |
| Federal Tax: S 01 | 287.15 | see YTD below |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 73.72 | 734.70 |
| State Tax: PA S 00 | 79.02 | 883.73 |
| Local Tax: 492 M 00 | 32.17 | 359.81 |
| FSA Health Care | 101.92 | 1,019.20 |
| Optional Insurance: A | .70 | 7.00 |
| Optional Insurance: B 5 | 23.45 | 234.15 |
| Social Security (deducted on Ins Income) | .07 | 1,785.37 |
| Medicare (deducted on Ins Income) | .02 | 417.55 |
| TSP Loan: G | 106.58 | 1,065.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YTD: | 202.09 | Total: | 6,659.32 | Thrift Savings Plan (TSP): 10% - (Regular) | 256.85 | 2,525.97 |
| | FERS USPS Thrift Contributions | | | Union Dues: S | 8.00 | 80.00 |
| PP 1%: | 25.69 | YTD USPS 1%: | 252.64 | Union Dues: P | 12.04 | 48.16 |
| PP Match: | 102.74 | YTD Matching: | 1,010.38 | Extra Federal Tax | 25.00 | 4,033.29 |
| | | Insurance Income | | Allotment | 5.00 | 50.00 |
| Pay Period: | 1.04 | YTD: | 10.33 | Union Dues: L | .00 | 188.66 |

Earnings Statement Messages

| | | |
|---|---|---|
| Total Current Pay Period Deductions : | 1,229.13 | |
| Total Adjustments Deductions : | .00 | |
| Total Deductions : | $ 1,229.13 | $ 13,635.48 |
| Net Pay (Net To Bank): | $ 1,520.36 | $ 16,904.36 |

## Restricted Information / Confidential

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | GROSS TO NET THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | E 17 | 66782 | 090 | T | 2.96 | 95.04 | GROSS PAY | ✓ 2788.65 | 33328.49 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 2 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 | FED TAX S1 | ✓ 320.76 | 4354.05 | AL PRIOR YR BAL | 135.52 |
| 2 | E 17 | 66782 | 090 | N | .10 | .26 | ST TAX PA S0 | ✓ 80.22 | 963.95 | + AL EARNED YTD | 80.00 |
| 1 | E 17 | 66782 | 090 | T | 3.84 | 123.29 | RETIRE 8 | ✓ 20.55 | 222.64 | + AL HOL EARNED YTD | 0.00 |
| 1 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 | MEDICARE | ✓ 37.90 | 455.45 | − AL USED YTD | 72.00 |
| 1 | E 17 | 66782 | 090 | N | .59 | 1.52 | UN L | .00 | 188.66 | = EARNED AL BAL | 143.52 |
| | INSURANCE INCOME | | | | 1.04 | | UN P | ✓ 12.04 | 60.20 | + AL ADVANCED | 128.00 |
| | | | | | | | UN S | ✓ 8.00 | 88.00 | = AVAIL AL BAL | 271.52 |
| | | | | | | | IN4X0 | 24.15 | 265.30 | AL USED THIS PP | 0.00 |
| | | | | | | | ALOT | 5.00 | 55.00 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | TSP10 | ✓ 256.85 | 2782.82 | SL PRIOR YR BAL | 175.41 |
| | | | | | | | TSPLG | ✓ 106.58 | 1172.38 | + SL EARNED YTD | 40.00 |
| | | | | | | | FSAHC | ✓ 101.92 | 1121.12 | − SL USED YTD | 0.00 |
| | | | | | | | L0492 | ✓ 32.66 | 392.47 | = CURRENT SL BAL | 215.41 |
| | | | | | | | HP111SLF | ✓ 73.72 | 808.42 | SL USED THIS PP | 0.00 |
| | | | | | | | SOSEC | ✓ 162.07 | 1947.44 | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 11.50 |

PAYLOC 000 FINANCE NO. 41-5896 EMPLOYEE NAME M D MILLER EMPLOYEE ID 01830999 PAY PERIOD 11 18 SERIAL NUMBER 00006810

DONATED LV BAL = 94.44

NET PAY 1546.23 NT BK

USPS RETIREMENT 6659.32

PS FORM 1223-B, JUNE 1985

POSTMASTER/MANAGER
318 BRIDGE ST
NEW CUMBERLAND PA 17070-9998

06-01-2018
00006810

MIKELE D MILLER
105 WEIRE RD
YORK PA 17404-9638

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GROSS PAY | 2731.89 | 36060.38 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 2 | E 17 | 66782 | 090 | T | 2.71 | 87.01 | FED TAX S1 | 308.28 | 4662.33 | AL PRIOR YR BAL | 135.52 |
| 2 | E 17 | 66782 | 090 | W | 40.00 | 1284.27 | ST TAX PA50 | 78.48 | 1042.43 | + AL EARNED YTD | 88.00 |
| 2 | E 17 | 66782 | 090 | N | .18 | .46 | RETIRE 8 | 20.55 | 243.19 | + AL HOL EARNED YTD | 0.00 |
| 1 | E 17 | 66782 | 090 | T | 2.33 | 74.81 | MEDICARE | 37.08 | 492.53 | - AL USED YTD | 72.00 |
| 1 | E 17 | 66782 | 090 | W | 32.00 | 1027.41 | UN L | .00 | 188.66 | = EARNED AL BAL | 151.52 |
| 1 | E 17 | 66782 | 090 | N | .42 | 1.08 | UN P | 12.04 | 72.24 | + AL ADVANCED | 120.00 |
| | | | | L | 8.00 | 256.85 | UN S | 8.00 | 96.00 | = AVAIL AL BAL | 271.52 |
| | | | | | 1.04 | | IN4X0 | 24.15 | 289.45 | AL USED THIS PP | 0.00 |
| INSURANCE INCOME | | | | | | | ALOT | 5.00 | 60.00 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | TSP10 | 256.85 | 3039.67 | SL PRIOR YR BAL | 175.41 |
| | | | | | | | TSPLG | 106.58 | 1278.96 | + SL EARNED YTD | 44.00 |
| | | | | | | | FSAHC | 101.92 | 1223.04 | - SL USED YTD | 0.00 |
| | | | | | | | LO492 | 31.95 | 424.42 | = CURRENT SL BAL | 219.41 |
| | | | | | | | HP111SLF | 73.72 | 882.14 | SL USED THIS PP | 0.00 |
| | | | | | | | SOSEC | 158.55 | 2105.99 | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 11.50 |

PAYLOC: 000  FINANCE NO.: 41-5896  EMPLOYEE NAME: M D MILLER  EMPLOYEE ID: 01830999  PAY PERIOD: 12 18  SERIAL NUMBER: 00006770

DONATED LV BAL = 94.44

NET PAY 1508.74  NT BK

USPS RETIREMENT 6659.32

PS FORM 1223-B, JUNE 1985

POSTMASTER/MANAGER
318 BRIDGE ST
NEW CUMBERLAND PA 17070-9998

06-15-2018
00006770

MIKELE D MILLER
105 WEIRE RD
YORK PA 17404-9638