```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-02765-RNO
Mikele D. Miller                                                                        Chapter 7
           Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner                 Page 1 of 4                 Date Rcvd: Oct 02, 2018
                              Form ID: pdf010               Total Noticed: 118


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             +Mikele D. Miller,   105 Weire Road,   York, PA 17404-9638
5079603        +AMERICAN EXPRESS,   P.O. BOX 981537,   EL PASO, TX 79998-1537
5079604        +AMERICAN EXPRESS,   P.O. BOX 410,   RAMSEY, NJ 07446-0410
5079605        +AMEX,   CORRESPONDENCE/BANKRUPTCY,   PO BOX 981540,   EL PASO, TX 79998-1540
5079606        +ASSET RECOVERY SOLUTIONS,   2200 E. DEVON AVE,   STE 200,   DES PLAINES, IL 60018-4501
5079610        +CARFINANCE.COM,   ATTN: BANKRUPTCY,   620 NEWPORT CENTER DR #1100,
                 NEWPORT BEACH, CA 92660-8011
5079611        +CHASE,   ATTN: CORRESPONDENCE DEPT,   PO BOX 15298,   WILMINGTON, DE 19850-5298
5079614         CHASE,   PO BOX 15123,   WILMINGTON, DE 19850-5123
5079613        +CHASE,   BANKRUPTCY DEPT.,   P.O. BOX 15145,   WILMINGTON, DE 19850-5145
5079612        +CHASE,   PO BOX 78420,   PHOENIX, AZ 85062-8420
5079615        +CITIFINANCIA,   ATTN: BANKRUPTCY,   605 MUNN DR,   FORT MILL, SC 29715-8421
5079623         CITIFINANCIAL,   PO BOX 70918,   CHARLOTTE, NC 28272-0918
5079616        +CITIFINANCIAL,   ATTN: BANKRUPTCY,   605 MUNN DR,   FORT MILL, SC 29715-8421
5079619         CITIFINANCIAL,   BANKRUPTCY DEPT.,   P O BOX 140489,   IRVING, TX 75014-0489
5079622        +CITIFINANCIAL,   PO BOX 6931,   THE LAKES, NV 88901-6931
5079621         CITIFINANCIAL,   P.O. BOX 6931,   HENDERSON, NV 89016
5079618        +CITIFINANCIAL,   3401 HARTZDALE DRIVE,   SUITE 126,   CAMP HILL, PA 17011-7238
5079624        +CITIFINANCIAL,   1000 CARLISLE STREET,   HANOVER, PA 17331-1111
5079620        +CITIFINANCIAL,   115 SOUTH GRACE STREET,   ROCKY MOUNT, NC 27804-5602
5079630         CREDIT FIRST NA/FIRESTONE,   PO BOX 81083,   CLEVELAND, OH 44181
5079629        +CREDIT FIRST NA/FIRESTONE,   PO BOX 81315,   CLEVELAND, OH 44181-0315
5079628         CREDIT FIRST NA/FIRESTONE,   PO BOX 81307,   BK 14,   CLEVELAND, OH 44181-0307
5079632         CREDIT FIRST NATIONAL ASSOC.,   FIRESTONE,   P.O. BOXN 81344,   CLEVELAND, OH 44188-0344
5079631        +CREDIT FIRST NATIONAL ASSOC.,   ATTN: BK CREDIT OPERATIONS,   PO BOX 81315,
                 CLEVELAND, OH 44181-0315
5079636         DISCOVER BANK,   P. O. BOX 742655,   CINCINNATI, OH 45274-2655
5079643         DISCOVER CARD,   PO BOX 742655,   CINCINNATI, OH 45274-2655
5079595        +E. HALEY ROHRBAUGH,   CGA LAW FIRM,   135 NORTH GEORGE STREET,   YORK, PA 17401-1132
5079648        +FIRESTONE,   CREDIT FIRST, NA,   P.O. BOX 81344,   CLEVELAND, OH 44188-0001
5079649        +FIVE STAR BANK,   ATTN: BANKRUPTCY,   PO BOX 227,   WARSAW, NY 14569-0227
5079651        +FREEDOM MORTGAGE,   PO BOX 89486,   CLEVELAND, OH 44101-6486
5079650        +FREEDOM MORTGAGE,   10500 KINCAID DRIVE,   FISHERS, IN 46037-9764
5079652        +FREEDOM MORTGAGE CORP,   ATTN: BANKRUPTCY,   PO BOX 489,   MT LAUREL, NJ 08054-0489
5079660        +M&T BANK,   P.O. BOX 790408,   SAINT LOUIS, MO 63179-0408
5079669        +MARINER FINANCE,   P.O. BOX 35394,   DUNDALK, MD 21222-7394
5079668        +MARINER FINANCE,   8211 TOWN CENTER DR,   NOTTINGHAM, MD 21236-5904
5079670        +MARINER FINANCE,   2528 EASTERN BLVD.,   YORK, PA 17402-2902
5079671         MARINER FINANCE LLC,   PO BOX 44850,   BALTIMORE, MD 21236-6850
5079672        +MEMBER HSBC GROUP/BENEFICIAL,   1421 WEST SHURE DRIVE, SUITE 100,
                 ARLINGTON HEIGHTS, IL 60004-7818
5079673        +OCWEN LOAN SERVICING,   P.O. BOX 24738,   WEST PALM BEACH, FL 33416-4738
5079674        +OCWEN LOAN SERVICING,   PO BOX 24646,   WEST PALM BEACH, FL 33416-4646
5079676         OCWEN LOAN SERVICING LLC,   ATTN: BANKRUPTCY DEPARTMENT,   PO BOX 24605,
                 WEST PALM BEACH, FL 33416-4605
5079678        +OCWEN LOAN SERVICING, LLC,   P.O. BOX 785058,   ORLANDO, FL 32878-5058
5079679         OCWEN LOAN SERVICING, LLC,   P.O. BOX 6440,   CAROL STREAM, IL 60197-6440
5079597        +PA DEPARTMENT OF REVENUE,   PO BOX 281061,   HARRISBURG, PA 17128-1061
5079691        +PRESSLER, FELT & WARSHAW, L.L.P.,   7 ENTIN ROAD,   PARSIPPANY, NJ 07054-5020
5079692        +PRESSLER, FELT & WARSHAW, L.L.P.,   508 PRUDENTIAL ROAD,   SUITE 200 -B,
                 HORSHAM, PA 19044-2309
5079694        +QUICKEN LOANS,   662 WOODWARD AVENUE,   DETROIT, MI 48226-3433
5079695        +QUICKEN LOANS,   PO BOX 442359,   DETROIT, MI 48244-2359
5079697         ROUNDPOINT MORTGAGE,   PO BOX 19409,   CHARLOTTE, NC 28219-9409
5079698        +ROUNDPOINT MORTGAGE SERVICING CORP.,   5016 PARKWAY PLAZA,   SUITE 200,
                 CHARLOTTE, NC 28217-1930
5079699         SAXON MORTGAGE,   P.O. BOX 792667,   SAN ANTONIO, TX 78279
5079700        +SAXON MORTGAGE,   1270 NORTHLAND DRIVE,   SUITE 200,   SAINT PAUL, MN 55120-1176
5079701        +SAXON MORTGAGE SERVICE,   3701 REGENT BLVD,   IRVING, TX 75063-2312
5079702        +SAXON MORTGAGE SVS INC,   4708 MERCANTILE DR,   FORT WORTH, TX 76137-3605
5079596        +SECRETARY OF TREASURY,   15TH & PENN AVENUE NW,   WASHINGTON, DC 20220-0001
5079711        +THE BUREAUS,   1717 CENTRAL STREET,   EVANSTON, IL 60201-1507
5079712        +THE BUREAUS INC,   650 DUNDEE RD,   SUITE 370,   NORTHBROOK, IL 60062-2757
5079713        +ZALES CORPORATION,   901 W. WALNUT HILL LANE,   IRVING, TX 75038-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5079599        +E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 19:04:38     ALLY FINANCIAL,
                 ATTN: BANKRUPTCY DEPT,   PO BOX 380901,   BLOOMINGTON, MN 55438-0901
5079602         E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 19:04:38     ALLY FINANCIAL,
                 P.O. BOX 380902,   BLOOMINGTON, MN 55438-0902
5079600         E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 19:04:38     ALLY FINANCIAL,
                 PO BOX 980901,   MINNEAPOLIS, MN 55438
5079601        +E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 19:04:38     ALLY FINANCIAL,
                 200 RENAISSANCE CTR,   DETROIT, MI 48243-1300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
5079607       +E-mail/Text: bk@avant.com Oct 02 2018 19:04:49      AVANT,    222 NORTH LASALLE STREET,
               SUITE 1700,    CHICAGO, IL 60601-1101
5079608       +E-mail/Text: bk@avant.com Oct 02 2018 19:04:49      AVANT CREDIT, INC,    ATTENTION BANKRUPTCY,
               PO BOX 9183380,    CHICAGO, IL 60691-3380
5079609       +E-mail/Text: bankruptcy@bluefcu.com Oct 02 2018 19:04:38      BLUE FEDERAL CREDIT UNION,
               ATTN: BANKRUPTCY,    PO BOX 3200,    CHEYENNE, WY 82003-3200
5079625       +Fax: 717-843-2252 Oct 02 2018 19:07:57      CITIFINANCIAL,    2148 WHITE STREET,
               YORK, PA 17404-4955
5079617       +Fax: 717-843-2252 Oct 02 2018 19:07:57      CITIFINANCIAL,    P O BOX 7311,    YORK, PA 17404-0311
5079627        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 19:04:42      COMENITY CAPITAL/ZALES,
               ATTN: BANKRUPTCY DEPT,    PO BOX 18215,    COLUMBUS, OH 43218
5079634        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER,    PO BOX 71084,
               CHARLOTTE, NC 28272-1084
5079641       +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:17      DISCOVER CARD,    P.O. BOX 960024,
               ORLANDO, FL 32896-0024
5079642        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER CARD,    P.O. BOX 6103,
               CAROL STREAM, IL 60197-6103
5079644       +E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER FINANCIAL,    PO BOX 3025,
               NEW ALBANY, OH 43054-3025
5079633        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER,    P.O. BOX 15316,
               WILMINGTON, DE 19850
5079635        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER BANK,    PO BOX 30943,
               SALT LAKE CITY, UT 84130
5079637        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER BANK*,
               6500 NEW ALBANY ROAD,    NEW ALBANY, OH 43054
5079638        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER CARD,    12 READS WAY,
               NEW CASTLE, DE 19720
5079639        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER CARD,    P.O. BOX 30943,
               SALT LAKE CITY, UT 84130
5079640        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER CARD,    PO BOX 15251,
               WILMINGTON, DE 19886-5251
5079645        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER FINANCIAL,    P.O. BOX 8003,
               HILLIARD, OH 43026
5079646        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER FINANCIAL SERVICES,
               P O BOX 30954,    SALT LAKE CITY, UT 84130-0954
5079647        E-mail/Text: mrdiscen@discover.com Oct 02 2018 19:04:38      DISCOVER FINANCIAL SERVICES LLC*,
               PO BOX 3025,    NEW ALBANY, OH 43054-3025
5079653        E-mail/Text: bankruptcy.notices@hdfsi.com Oct 02 2018 19:04:50      HARLEY DAVIDSON,
               8529 INOVATION WAY,    CHICAGO, IL 60682-0085
5079654       +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 02 2018 19:04:50      HARLEY DAVIDSON CREDIT,
               P.O. BOX 22048,    3850 ARROWHEAD DR,    CARSON CITY, NV 89706-2016
5079655       +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 02 2018 19:04:50      HARLEY DAVIDSON FINANCIAL,
               ATTENTION: BANKRUPTCY,    PO BOX 22048,    CARSON CITY, NV 89721-2048
5079598        E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 19:04:39      INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5079656       +E-mail/Text: bk@lendingclub.com Oct 02 2018 19:04:49      LENDING CLUB CORP,    71 STEVENSON ST,
               SUITE 300,    SAN FRANCISCO, CA 94105-2985
5079657       +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:09      LOWES,    PO BOX 960097,
               ORLANDO, FL 32896-0097
5079658       +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:24      LOWES/GECRB*,
               ATTN: BANKRUPTCY DEPT.,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079659        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M & T BANK,    ATTN: BANKRUPTCY,
               PO BOX 844,    BUFFALO, NY 14240
5079664        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M&T BANK,    1 FOUNTAIN PLAZA,
               FLOOR 4,    BUFFALO, NY 14203
5079662        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M&T BANK,    1100 WEHRLE DRIVE,
               BUFFALO, NY 14221
5079661        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M&T BANK,    499 MITCHELL STREET,
               MILLSBORO, DE 19966
5079663        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M&T BANK,    P.O. BOX 1288,
               BUFFALO, NY 14240
5079667        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M&T BANK,    P.O. BOX 1302,
               BUFFALO, NY 14240-1302
5079665        E-mail/Text: camanagement@mtb.com Oct 02 2018 19:04:41      M&T BANK,    PO BOX 767,
               BUFFALO, NY 14240
5079675       +Fax: 407-737-5634 Oct 02 2018 19:07:56      OCWEN LOAN SERVICING LLC*,    1661 WORTHINGTON ROAD,
               SUITE 100,    NORTH PALM BEACH, FL 33409-6493
5079677       +Fax: 407-737-5634 Oct 02 2018 19:07:56      OCWEN LOAN SERVICING, LLC,
               ATTN: RESEARCH/BANKRUPTCY,    1661 WORTHINGTON ROAD, SUITE 100,
               WEST PALM BEACH, FL 33409-6493
5079680       +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:08      ONE MAIN FINANCIAL,
               132 S. CENTERVILLE ROAD,    LANCASTER, PA 17603-9732
5079681       +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:23      ONE MAIN FINANCIAL,
               P.O. BOX 3327,    EVANSVILLE, IN 47732-3327
5079682        E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:23      ONEMAIN CONSUMER LOAN, INC.,
               PO BOX 64,    EVANSVILLE, IN 47701-0064
5079690       +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:08      ONEMAIN FINANCIAL,
               6801 COLWELL BLVD.,    IRVING, TX 75039-3198
```

```
District/off: 0314-1          User: AGarner              Page 3 of 4           Date Rcvd: Oct 02, 2018
                              Form ID: pdf010            Total Noticed: 118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5079686        +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:16      ONEMAIN FINANCIAL,
                 1000 CARLISLE STREET,    SUITE 14B,    HANOVER, PA 17331-1122
5079683        +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:08      ONEMAIN FINANCIAL,
                 ATTN: BANKRUPTCY,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
5079685         E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:24      ONEMAIN FINANCIAL,
                 PO BOX 183172,    COLUMBUS, OH 43218-3172
5079687        +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:24      ONEMAIN FINANCIAL,   PO BOX 70911,
                 CHARLOTTE, NC 28272-0911
5079684        +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:23      ONEMAIN FINANCIAL,
                 300 ST. PAUL PLACE,    BALTIMORE, MD 21202-2120
5079688        +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:08      ONEMAIN FINANCIAL,   PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
5079689        +E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:08      ONEMAIN FINANCIAL,
                 3401 HARTZDALE DRIVE,    SUITE 126,    CAMP HILL, PA 17011-7238
5079693        +E-mail/Text: bankruptcy@prosper.com Oct 02 2018 19:04:49      PROSPER MARKETPLACE INC,
                 PO BOX 396081,    SAN FRANCISCO, CA 94139-6081
5079696        +E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2018 19:04:48      QUICKEN LOANS,
                 20555 VICTOR PARKWAY,    LIVONIA, MI 48152-7031
5079703         E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:08      SPRINGLEAF,   PO BOX 742536,
                 CINCINNATI, OH 45274-2536
5079704         E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:16      SPRINGLEAF FINANCIAL SERVICE,
                 489 EISENHOWER DR,    HANOVER, PA 17331
5079705         E-mail/PDF: cbp@onemainfinancial.com Oct 02 2018 19:04:09      SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,    EVANSVILLE, IN 47731
5079706        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:17      SYNCB/BRMART,   ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
5079707        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:17      SYNCB/CARE CREDIT,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079708        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:24      SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079709        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:24      SYNCHRONY BANK/LOWES,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079710        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 19:04:09      SYNCHRONY BANK/SAMS,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                              TOTAL: 60

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5079666*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T BANK,    475 CROSSPOINT PARKWAY,    GETZVILLE, NY 14068)
5079594*      +MIKELE D. MILLER,    105 WEIRE ROAD,   YORK, PA 17404-9638
5079626       ##+CITIFINANCIAL,    PO BOX 183172,   COLUMBUS, OH 43218-3172
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com

Case 1:18-bk-02765-RNO    Doc 26    Filed 10/04/18    Entered 10/05/18 00:47:44    Desc
                      Imaged Certificate of Notice    Page 3 of 5

```
District/off: 0314-1           User: AGarner            Page 4 of 4            Date Rcvd: Oct 02, 2018
                               Form ID: pdf010          Total Noticed: 118
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIKELE D. MILLER, | : | CASE NO. 1:18-bk-02765-RNO |
| | : | |
| DEBTOR | : | |

## STATEMENT AND NOTICE OF PRESUMED ABUSE

As required by 11 U.S.C. § 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the Debtor. Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and pursuant to 11 U.S.C. § 704(b)(2), the United States Trustee has determined that: (1) the Debtor's case should be presumed to be an abuse under 11 U.S.C. § 707(b); and (2) the product of the Debtor's current monthly income, multiplied by 12, is not less than the requirements specified in 11 U.S.C. § 704(b)(2)(A) or (B).

As required by 11 U.S.C. § 704(b)(2) the United States Trustee shall, not later than 30 days after the date of the filing of this Statement, either file a motion to dismiss or convert under 11 U.S.C. § 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

    Respectfully submitted,

    ANDREW R. VARA
    ACTING UNITED STATES TRUSTEE

    Anne K. Fiorenza
    Assistant United States Trustee

By:   /s/ Gregory B. Schiller
    Gregory B. Schiller, Esq.
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    Middle District of Pennsylvania
    228 Walnut Street, Suite 1190
    Harrisburg, PA 17101
    Tel. (717) 221-4515
    Fax (717) 221-4554
    Email: Gregory.B.Schiller@usdoj.gov

Dated: October 1, 2018