```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02765-RNO
Mikele D. Miller                                                Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AGarner              Page 1 of 1            Date Rcvd: Oct 02, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             +Mikele D. Miller,    105 Weire Road,    York, PA 17404-9638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIKELE D. MILLER, | : | CASE NO. 1:18-bk-02765-RNO |
| | : | |
| DEBTOR | : | |

### ORDER

Upon consideration of the Motion of the United States Trustee to extend the time to file a motion to dismiss this case pursuant to 11 U.S.C. § 707 and/or to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727, IT IS HEREBY ORDERED THAT:

The time to file a motion to dismiss pursuant to 11 U.S.C. § 707 and/or to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 is extended to October 31, 2018.

Dated: October 2, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)