IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIKELE D. MILLER, | : | CASE NO. 1:18-bk-02765-RNO |
| | : | |
| DEBTOR | : | |
| | : | |
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MIKELE D. MILLER, | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 31, 2018</u>, the foregoing Motion Of The United States Trustee To Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(2) And/Or 707(b)(3) was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

Elizabeth Haley Rohrbaugh, Esq.
hrohrbaugh@cgalaw.com
Counsel for Debtor

Steven M. Carr, Esq.
carrtrustee@yahoo.com
Chapter 7 Trustee

                Respectfully submitted,

                ANDREW R. VARA
                ACTING UNITED STATES TRUSTEE

                Anne K. Fiorenza
                Assistant United States Trustee

By:   <u>/s/ Gregory B. Schiller</u>
       Gregory B. Schiller, Esq.
       Trial Attorney
       United States Department of Justice
       Office of the United States Trustee

Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Gregory.B.Schiller@usdoj.gov