**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Mikele D. Miller, | : | **CHAPTER** 7 |
| | : | **CASE NO.** 1-18-bk-02765 |
| **Debtor(s)** | : | |
| Andrew R. Vara, Acting United States Trustee, | : | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | : | **Nature of Proceeding:** Motion To Dismiss Pursuant To 11 U.S.C. 707(b) |
| Mikele D. Miller, | : | |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 30 (hearing date 11/29/2018) |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor's counsel is presently ill with bronchitis and is unable to attend the hearing. Debtor's counsel and counsel for the United States Trustee also require additional time to attempt to resolve the matter without need for a hearing. The parties respectfully request that the hearing on the United States Trustee's motion be continued for a period of forty-five (45) to sixty (60) days.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 26, 2018

/s/ Gregory B. Schiller, Esq.

Attorney for Andrew R. Vara, Acting UST

Name: Gregory B. Schiller, Esq.

Phone Number: (717)221-4515

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.