```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02765-RNO
Mikele D. Miller                                                    Chapter 7
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1      User: AGarner      Page 1 of 1      Date Rcvd: Jan 08, 2019
                 Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
db         +Mikele D. Miller,   105 Weire Road,   York, PA 17404-9638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
          Anne K. Fiorenza    on behalf of Asst. U.S. Trustee   United States Trustee
           Anne.Fiorenza@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee   United States Trustee
           Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
          James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIKELE D. MILLER, | : | CASE NO.  1:18-bk-02765-RNO |
| | : | |
| Debtor | : | |
| | : | |
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MIKELE D. MILLER, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

Upon consideration of the Motion of the United States Trustee for a Stay of the Motion to Dismiss In Light of Lapse of Appropriations, IT IS HEREBY

ORDERED THAT the Motion is GRANTED and the hearing on the Motion to Dismiss Case for Abuse pursuant to Section 707(b) is continued to March 14, 2019, at 10:00 a.m. at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, Pennsylvania.

Dated:  January 8, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)