In re:                                                                Case No. 18-02765-HWV
Mikele D. Miller                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar            Page 1 of 4            Date Rcvd: Mar 14, 2019
                              Form ID: ntsempas        Total Noticed: 118

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.

```
db          +Mikele D. Miller,    105 Weire Road,    York, PA 17404-9638
5079603     +AMERICAN EXPRESS,    P.O. BOX 981537,    EL PASO, TX 79998-1537
5079604     +AMERICAN EXPRESS,    P.O. BOX 410,    RAMSEY, NJ 07446-0410
5079605     +AMEX,   CORRESPONDENCE/BANKRUPTCY,    PO BOX 981540,    EL PASO, TX 79998-1540
5079606     +ASSET RECOVERY SOLUTIONS,    2200 E. DEVON AVE,    STE 200,    DES PLAINES, IL 60018-4501
5079610     +CARFINANCE.COM,    ATTN: BANKRUPTCY,    620 NEWPORT CENTER DR #1100,
              NEWPORT BEACH, CA 92660-8011
5079611     +CHASE,   ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5079614      CHASE,   PO BOX 15123,    WILMINGTON, DE 19850-5123
5079613     +CHASE,   BANKRUPTCY DEPT.,    P.O. BOX 15145,    WILMINGTON, DE 19850-5145
5079612     +CHASE,   PO BOX 78420,    PHOENIX, AZ 85062-8420
5079615     +CITIFINANCIA,    ATTN: BANKRUPTCY,    605 MUNN DR,    FORT MILL, SC 29715-8421
5079623      CITIFINANCIAL,    PO BOX 70918,    CHARLOTTE, NC 28272-0918
5079616     +CITIFINANCIAL,    ATTN: BANKRUPTCY,    605 MUNN DR,    FORT MILL, SC 29715-8421
5079619      CITIFINANCIAL,    BANKRUPTCY DEPT.,    P O BOX 140489,    IRVING, TX 75014-0489
5079622     +CITIFINANCIAL,    PO BOX 6931,    THE LAKES, NV 88901-0001
5079621      CITIFINANCIAL,    P.O. BOX 6931,    HENDERSON, NV 89016
5079618     +CITIFINANCIAL,    3401 HARTZDALE DRIVE,    SUITE 126,    CAMP HILL, PA 17011-7238
5079624     +CITIFINANCIAL,    1000 CARLISLE STREET,    HANOVER, PA 17331-1111
5079620     +CITIFINANCIAL,    115 SOUTH GRACE STREET,    ROCKY MOUNT, NC 27804-5602
5079630      CREDIT FIRST NA/FIRESTONE,    PO BOX 81083,    CLEVELAND, OH 44181
5079628      CREDIT FIRST NA/FIRESTONE,    PO BOX 81307,    BK 14,    CLEVELAND, OH 44181-0307
5079629     +CREDIT FIRST NA/FIRESTONE,    PO BOX 81315,    CLEVELAND, OH 44181-0315
5079632      CREDIT FIRST NATIONAL ASSOC.,    FIRESTONE,    P.O. BOXN 81344,    CLEVELAND, OH 44188-0344
5079631     +CREDIT FIRST NATIONAL ASSOC.,    ATTN: BK CREDIT OPERATIONS,    PO BOX 81315,
              CLEVELAND, OH 44181-0315
5079636      DISCOVER BANK,    P. O. BOX 742655,    CINCINNATI, OH 45274-2655
5079643      DISCOVER CARD,    PO BOX 742655,    CINCINNATI, OH 45274-2655
5079595     +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5079648     +FIRESTONE,    CREDIT FIRST, NA,    P.O. BOX 81344,    CLEVELAND, OH 44188-0001
5079649     +FIVE STAR BANK,    ATTN: BANKRUPTCY,    PO BOX 227,    WARSAW, NY 14569-0227
5079651     +FREEDOM MORTGAGE,    PO BOX 89486,    CLEVELAND, OH 44101-6486
5079650     +FREEDOM MORTGAGE,    10500 KINCAID DRIVE,    FISHERS, IN 46037-9764
5079652     +FREEDOM MORTGAGE CORP,    ATTN: BANKRUPTCY,    PO BOX 489,    MT LAUREL, NJ 08054-0489
5079660     +M&T BANK,    P.O. BOX 790408,    SAINT LOUIS, MO 63179-0408
5079668     +MARINER FINANCE,    8211 TOWN CENTER DR,    NOTTINGHAM, MD 21236-5904
5079669     +MARINER FINANCE,    P.O. BOX 35394,    DUNDALK, MD 21222-7394
5079670     +MARINER FINANCE,    2528 EASTERN BLVD.,    YORK, PA 17402-2902
5079671      MARINER FINANCE LLC,    PO BOX 44850,    BALTIMORE, MD 21236-6850
5079672     +MEMBER HSBC GROUP/BENEFICIAL,    1421 WEST SHURE DRIVE, SUITE 100,
              ARLINGTON HEIGHTS, IL 60004-7818
5079673     +OCWEN LOAN SERVICING,    P.O. BOX 24738,    WEST PALM BEACH, FL 33416-4738
5079674     +OCWEN LOAN SERVICING,    PO BOX 24646,    WEST PALM BEACH, FL 33416-4646
5079676      OCWEN LOAN SERVICING LLC,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 24605,
              WEST PALM BEACH, FL 33416-4605
5079678     +OCWEN LOAN SERVICING, LLC,    P.O. BOX 785058,    ORLANDO, FL 32878-5058
5079679      OCWEN LOAN SERVICING, LLC,    P.O. BOX 6440,    CAROL STREAM, IL 60197-6440
5079597     +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5079691     +PRESSLER, FELT & WARSHAW, L.L.P.,    7 ENTIN ROAD,    PARSIPPANY, NJ 07054-5020
5079692     #+PRESSLER, FELT & WARSHAW, L.L.P.,    508 PRUDENTIAL ROAD,    SUITE 200 -B,
              HORSHAM, PA 19044-2309
5079694     +QUICKEN LOANS,    662 WOODWARD AVENUE,    DETROIT, MI 48226-3433
5079695     +QUICKEN LOANS,    PO BOX 442359,    DETROIT, MI 48244-2359
5079697      ROUNDPOINT MORTGAGE,    PO BOX 19409,    CHARLOTTE, NC 28219-9409
5079698     +ROUNDPOINT MORTGAGE SERVICING CORP.,    5016 PARKWAY PLAZA,    SUITE 200,
              CHARLOTTE, NC 28217-1930
5079699      SAXON MORTGAGE,    P.O. BOX 792667,    SAN ANTONIO, TX 78279
5079700     +SAXON MORTGAGE,    1270 NORTHLAND DRIVE,    SUITE 200,    SAINT PAUL, MN 55120-1176
5079701     +SAXON MORTGAGE SERVICE,    3701 REGENT BLVD,    IRVING, TX 75063-2312
5079702     +SAXON MORTGAGE SVS INC,    4708 MERCANTILE DR,    FORT WORTH, TX 76137-3605
5079596     +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5079711     +THE BUREAUS,    1717 CENTRAL STREET,    EVANSTON, IL 60201-1507
5079712     +THE BUREAUS INC,    650 DUNDEE RD,    SUITE 370,    NORTHBROOK, IL 60062-2757
5079713     +ZALES CORPORATION,    901 W. WALNUT HILL LANE,    IRVING, TX 75038-1001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5079599     +E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2019 19:15:56     ALLY FINANCIAL,
              ATTN: BANKRUPTCY DEPT,    PO BOX 380901,    BLOOMINGTON, MN 55438-0901
5079602      E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2019 19:15:56     ALLY FINANCIAL,
              P.O. BOX 380902,    BLOOMINGTON, MN 55438-0902
5079600      E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2019 19:15:56     ALLY FINANCIAL,
              PO BOX 980901,    MINNEAPOLIS, MN 55438
5079601     +E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2019 19:15:56     ALLY FINANCIAL,
              200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
5079607        +E-mail/Text: bk@avant.com Mar 14 2019 19:16:57      AVANT,    222 NORTH LASALLE STREET,
                 SUITE 1700,    CHICAGO, IL 60601-1101
5079608        +E-mail/Text: bk@avant.com Mar 14 2019 19:16:57      AVANT CREDIT, INC,    ATTENTION BANKRUPTCY,
                 PO BOX 9183380,    CHICAGO, IL 60691-3380
5079609        +E-mail/Text: bankruptcy@bluefcu.com Mar 14 2019 19:15:57       BLUE FEDERAL CREDIT UNION,
                 ATTN: BANKRUPTCY,     PO BOX 3200,    CHEYENNE, WY 82003-3200
5079625        +Fax: 717-843-2252 Mar 14 2019 19:35:57      CITIFINANCIAL,    2148 WHITE STREET,
                 YORK, PA 17404-4955
5079617        +Fax: 717-843-2252 Mar 14 2019 19:35:57      CITIFINANCIAL,    P O BOX 7311,    YORK, PA 17404-0311
5079627         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 19:16:40        COMENITY CAPITAL/ZALES,
                 ATTN: BANKRUPTCY DEPT,     PO BOX 18215,    COLUMBUS, OH 43218
5079634         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER,    PO BOX 71084,
                 CHARLOTTE, NC 28272-1084
5079641        +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:20:59        DISCOVER CARD,    P.O. BOX 960024,
                 ORLANDO, FL 32896-0024
5079642         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER CARD,    P.O. BOX 6103,
                 CAROL STREAM, IL 60197-6103
5079644        +E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER FINANCIAL,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
5079633         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER,    P.O. BOX 15316,
                 WILMINGTON, DE 19850
5079635         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER BANK,    PO BOX 30943,
                 SALT LAKE CITY, UT 84130
5079637         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER BANK*,
                 6500 NEW ALBANY ROAD,     NEW ALBANY, OH 43054
5079638         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER CARD,    12 READS WAY,
                 NEW CASTLE, DE 19720
5079639         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER CARD,    P.O. BOX 30943,
                 SALT LAKE CITY, UT 84130
5079640         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER CARD,    PO BOX 15251,
                 WILMINGTON, DE 19886-5251
5079645         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER FINANCIAL,    P.O. BOX 8003,
                 HILLIARD, OH 43026
5079646         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER FINANCIAL SERVICES,
                 P O BOX 30954,    SALT LAKE CITY, UT 84130-0954
5079647         E-mail/Text: mrdiscen@discover.com Mar 14 2019 19:15:56        DISCOVER FINANCIAL SERVICES LLC*,
                 PO BOX 3025,    NEW ALBANY, OH 43054-3025
5079653         E-mail/Text: bankruptcy.notices@hdfsi.com Mar 14 2019 19:17:00        HARLEY DAVIDSON,
                 8529 INOVATION WAY,     CHICAGO, IL 60682-0085
5079654        +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 14 2019 19:17:00        HARLEY DAVIDSON CREDIT,
                 P.O. BOX 22048,    3850 ARROWHEAD DR,     CARSON CITY, NV 89706-2016
5079655        +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 14 2019 19:17:00        HARLEY DAVIDSON FINANCIAL,
                 ATTENTION: BANKRUPTCY,     PO BOX 22048,    CARSON CITY, NV 89721-2048
5079598         E-mail/Text: cio.bncmail@irs.gov Mar 14 2019 19:16:38      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,     P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5079656        +E-mail/Text: bk@lendingclub.com Mar 14 2019 19:16:56      LENDING CLUB CORP,     71 STEVENSON ST,
                 SUITE 300,    SAN FRANCISCO, CA 94105-2985
5079657        +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:21:21        LOWES,    PO BOX 960097,
                 ORLANDO, FL 32896-0097
5079658        +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:21:21        LOWES/GECRB*,
                 ATTN: BANKRUPTCY DEPT.,     PO BOX 965060,    ORLANDO, FL 32896-5060
5079659         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M & T BANK,    ATTN: BANKRUPTCY,
                 PO BOX 844,    BUFFALO, NY 14240
5079664         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M&T BANK,    1 FOUNTAIN PLAZA,
                 FLOOR 4,    BUFFALO, NY 14203
5079662         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M&T BANK,    1100 WEHRLE DRIVE,
                 BUFFALO, NY 14221
5079661         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M&T BANK,    499 MITCHELL STREET,
                 MILLSBORO, DE 19966
5079663         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M&T BANK,    P.O. BOX 1288,
                 BUFFALO, NY 14240
5079667         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M&T BANK,    P.O. BOX 1302,
                 BUFFALO, NY 14240-1302
5079665         E-mail/Text: camanagement@mtb.com Mar 14 2019 19:16:39        M&T BANK,    PO BOX 767,
                 BUFFALO, NY 14240
5079675        +Fax: 407-737-5634 Mar 14 2019 19:35:57      OCWEN LOAN SERVICING LLC*,     1661 WORTHINGTON ROAD,
                 SUITE 100,    NORTH PALM BEACH, FL 33409-6493
5079677        +Fax: 407-737-5634 Mar 14 2019 19:35:57      OCWEN LOAN SERVICING, LLC,
                 ATTN: RESEARCH/BANKRUPTCY,     1661 WORTHINGTON ROAD, SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
5079680        +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:19        ONE MAIN FINANCIAL,
                 132 S. CENTERVILLE ROAD,     LANCASTER, PA 17603-9732
5079681        +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:25        ONE MAIN FINANCIAL,
                 P.O. BOX 3327,    EVANSVILLE, IN 47732-3327
5079682         E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:20:58        ONEMAIN CONSUMER LOAN, INC.,
                 PO BOX 64,    EVANSVILLE, IN 47701-0064
5079690        +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:19        ONEMAIN FINANCIAL,
                 6801 COLWELL BLVD.,     IRVING, TX 75039-3198
```

```
District/off: 0314-1            User: DDunbar              Page 3 of 4                Date Rcvd: Mar 14, 2019
                                Form ID: ntsempas          Total Noticed: 118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5079686       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:20      ONEMAIN FINANCIAL,
               1000 CARLISLE STREET,    SUITE 14B,    HANOVER, PA 17331-1122
5079683       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:20      ONEMAIN FINANCIAL,
               ATTN: BANKRUPTCY,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
5079685        E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:20      ONEMAIN FINANCIAL,
               PO BOX 183172,    COLUMBUS, OH 43218-3172
5079687       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:20:42      ONEMAIN FINANCIAL,   PO BOX 70911,
               CHARLOTTE, NC 28272-0911
5079684       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:04      ONEMAIN FINANCIAL,
               300 ST. PAUL PLACE,    BALTIMORE, MD 21202-2120
5079688       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:19      ONEMAIN FINANCIAL,   PO BOX 1010,
               EVANSVILLE, IN 47706-1010
5079689       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:21:19      ONEMAIN FINANCIAL,
               3401 HARTZDALE DRIVE,    SUITE 126,    CAMP HILL, PA 17011-7238
5079693       +E-mail/Text: bankruptcy@prosper.com Mar 14 2019 19:16:57      PROSPER MARKETPLACE INC,
               PO BOX 396081,    SAN FRANCISCO, CA 94139-6081
5079696       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 14 2019 19:16:54     QUICKEN LOANS,
               20555 VICTOR PARKWAY,    LIVONIA, MI 48152-7031
5079703        E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:20:58      SPRINGLEAF,   PO BOX 742536,
               CINCINNATI, OH 45274-2536
5079704        E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:20:58      SPRINGLEAF FINANCIAL SERVICE,
               489 EISENHOWER DR,    HANOVER, PA 17331
5079705        E-mail/PDF: cbp@onemainfinancial.com Mar 14 2019 19:20:58      SPRINGLEAF FINANCIAL SERVICES,
               PO BOX 3251,    EVANSVILLE, IN 47731
5079706       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:20:59      SYNCB/BRMART,   ATTN: BANKRUPTCY,
               PO BOX 965060,    ORLANDO, FL 32896-5060
5079707       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:20:59      SYNCB/CARE CREDIT,
               ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079708       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:21:20      SYNCHRONY BANK/ JC PENNEYS,
               ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079709       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:20:59      SYNCHRONY BANK/LOWES,
               ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5079710       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 19:20:59      SYNCHRONY BANK/SAMS,
               ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                              TOTAL: 60

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5079666*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court:  M&T BANK,    475 CROSSPOINT PARKWAY,    GETZVILLE, NY 14068)
5079594*     +MIKELE D. MILLER,    105 WEIRE ROAD,   YORK, PA 17404-9638
5079626      ##+CITIFINANCIAL,    PO BOX 183172,   COLUMBUS, OH 43218-3172
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:

```
          Anne K. Fiorenza     on behalf of Asst. U.S. Trustee    United States Trustee
           Anne.Fiorenza@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
           Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mikele D. Miller

**Debtor 1**

**Debtor(s)**

Chapter: 7

Case number: 1:18−bk−02765−HWV

Document Number: 42

Matter: Motion to Convert Case to Chapter 13

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 29, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: April 2, 2019** **Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **March 28, 2019**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 14, 2019 |

ntsempas(05/18)