```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 18-02765-HWV
Mikele D. Miller                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini           Page 1 of 4           Date Rcvd: Apr 01, 2019
                              Form ID: 309I            Total Noticed: 124


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db            +Mikele D. Miller,   105 Weire Road,   York, PA 17404-9638
aty           +Gregory Benjamin Schiller,   US Department of Justice,   Office of the US Trustee,
               228 Walnut Street, Room 1190,   Harrisburg, PA 17101-1722
aty           +James Warmbrodt,   701 Market Street Suite 5000,   Philadelphia, PA 19106-1541
5079604       +AMERICAN EXPRESS,   P.O. BOX 410,   RAMSEY, NJ 07446-0410
5079606       +ASSET RECOVERY SOLUTIONS,   2200 E. DEVON AVE,   STE 200,   DES PLAINES, IL 60018-4501
5079610       +CARFINANCE.COM,   ATTN: BANKRUPTCY,   620 NEWPORT CENTER DR #1100,
               NEWPORT BEACH, CA 92660-8011
5079612       +CHASE,   PO BOX 78420,   PHOENIX, AZ 85062-8420
5079615       +CITIFINANCIA,   ATTN: BANKRUPTCY,   605 MUNN DR,   FORT MILL, SC 29715-8421
5079616       +CITIFINANCIAL,   ATTN: BANKRUPTCY,   605 MUNN DR,   FORT MILL, SC 29715-8421
5079619        CITIFINANCIAL,   BANKRUPTCY DEPT.,   P O BOX 140489,   IRVING, TX 75014-0489
5079621        CITIFINANCIAL,   P.O. BOX 6931,   HENDERSON, NV 89016
5079623        CITIFINANCIAL,   PO BOX 70918,   CHARLOTTE, NC 28272-0918
5079618       +CITIFINANCIAL,   3401 HARTZDALE DRIVE,   SUITE 126,   CAMP HILL, PA 17011-7238
5079624       +CITIFINANCIAL,   1000 CARLISLE STREET,   HANOVER, PA 17331-1111
5079620       +CITIFINANCIAL,   115 SOUTH GRACE STREET,   ROCKY MOUNT, NC 27804-5602
5079636        DISCOVER BANK,   P. O. BOX 742655,   CINCINNATI, OH 45274-2655
5079643        DISCOVER CARD,   PO BOX 742655,   CINCINNATI, OH 45274-2655
5079595       +E. HALEY ROHRBAUGH,   CGA LAW FIRM,   135 NORTH GEORGE STREET,   YORK, PA 17401-1132
5079649       +FIVE STAR BANK,   ATTN: BANKRUPTCY,   PO BOX 227,   WARSAW, NY 14569-0227
5079651       +FREEDOM MORTGAGE,   PO BOX 89486,   CLEVELAND, OH 44101-6486
5079650       +FREEDOM MORTGAGE,   10500 KINCAID DRIVE,   FISHERS, IN 46037-9764
5079652       +FREEDOM MORTGAGE CORP,   ATTN: BANKRUPTCY,   PO BOX 489,   MT LAUREL, NJ 08054-0489
5079660       +M&T BANK,   P.O. BOX 790408,   SAINT LOUIS, MO 63179-0408
5079669       +MARINER FINANCE,   P.O. BOX 35394,   DUNDALK, MD 21222-7394
5079668       +MARINER FINANCE,   8211 TOWN CENTER DR,   NOTTINGHAM, MD 21236-5904
5079670       +MARINER FINANCE,   2528 EASTERN BLVD.,   YORK, PA 17402-2902
5079671        MARINER FINANCE LLC,   PO BOX 44850,   BALTIMORE, MD 21236-6850
5079672       +MEMBER HSBC GROUP/BENEFICIAL,   1421 WEST SHURE DRIVE, SUITE 100,
               ARLINGTON HEIGHTS, IL 60004-7818
5079673       +OCWEN LOAN SERVICING,   P.O. BOX 24738,   WEST PALM BEACH, FL 33416-4738
5079674       +OCWEN LOAN SERVICING,   PO BOX 24646,   WEST PALM BEACH, FL 33416-4646
5079676        OCWEN LOAN SERVICING LLC,   ATTN: BANKRUPTCY DEPARTMENT,   PO BOX 24605,
               WEST PALM BEACH, FL 33416-4605
5079679        OCWEN LOAN SERVICING, LLC,   P.O. BOX 6440,   CAROL STREAM, IL 60197-6440
5079678       +OCWEN LOAN SERVICING, LLC,   P.O. BOX 785058,   ORLANDO, FL 32878-5058
5079597       +PA DEPARTMENT OF REVENUE,   PO BOX 281061,   HARRISBURG, PA 17128-1061
5079691       +PRESSLER, FELT & WARSHAW, L.L.P.,   7 ENTIN ROAD,   PARSIPPANY, NJ 07054-5020
5079692       #+PRESSLER, FELT & WARSHAW, L.L.P.,   508 PRUDENTIAL ROAD,   SUITE 200 -B,
               HORSHAM, PA 19044-2309
5079694       +QUICKEN LOANS,   662 WOODWARD AVENUE,   DETROIT, MI 48226-3433
5079695       +QUICKEN LOANS,   PO BOX 442359,   DETROIT, MI 48244-2359
5079697        ROUNDPOINT MORTGAGE,   PO BOX 19409,   CHARLOTTE, NC 28219-9409
5079698       +ROUNDPOINT MORTGAGE SERVICING CORP.,   5016 PARKWAY PLAZA,   SUITE 200,
               CHARLOTTE, NC 28217-1930
5079699        SAXON MORTGAGE,   P.O. BOX 792667,   SAN ANTONIO, TX 78279
5079700       +SAXON MORTGAGE,   1270 NORTHLAND DRIVE,   SUITE 200,   SAINT PAUL, MN 55120-1176
5079701       +SAXON MORTGAGE SERVICE,   3701 REGENT BLVD,   IRVING, TX 75063-2312
5079702       +SAXON MORTGAGE SVS INC,   4708 MERCANTILE DR,   FORT WORTH, TX 76137-3605
5079596       +SECRETARY OF TREASURY,   15TH & PENN AVENUE NW,   WASHINGTON, DC 20220-0001
5079711       +THE BUREAUS,   1717 CENTRAL STREET,   EVANSTON, IL 60201-1507
5079712       +THE BUREAUS INC,   650 DUNDEE RD,   SUITE 370,   NORTHBROOK, IL 60062-2757
5079713       +ZALES CORPORATION,   901 W. WALNUT HILL LANE,   IRVING, TX 75038-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 01 2019 19:31:04     Anne K. Fiorenza,
               US Department of Justice,   Office of the United States Trustee,
               228 Walnut Street, Room 1190,   Harrisburg, PA 17101-1722
aty            E-mail/Text: hrohrbaugh@cgalaw.com Apr 01 2019 19:30:28     Elizabeth Haley Rohrbaugh,
               CGA Law Firm,   135 N. George Street,   York, PA  17401
tr            +E-mail/Text: dehartstaff@pamd13trustee.com Apr 01 2019 19:31:22
               Charles J DeHart, III (Trustee),   8125 Adams Drive, Suite A,   Hummelstown, PA 17036-8625
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 01 2019 19:31:04     United States Trustee,
               228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
5079599       +EDI: GMACFS.COM Apr 01 2019 23:23:00     ALLY FINANCIAL,   ATTN: BANKRUPTCY DEPT,
               PO BOX 380901,   BLOOMINGTON, MN 55438-0901
5079602        EDI: GMACFS.COM Apr 01 2019 23:23:00     ALLY FINANCIAL,   P.O. BOX 380902,
               BLOOMINGTON, MN 55438-0902
5079600        EDI: GMACFS.COM Apr 01 2019 23:23:00     ALLY FINANCIAL,   PO BOX 980901,
               MINNEAPOLIS, MN 55438
5079601       +EDI: GMACFS.COM Apr 01 2019 23:23:00     ALLY FINANCIAL,   200 RENAISSANCE CTR,
               DETROIT, MI 48243-1300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5079603        +EDI: AMEREXPR.COM Apr 01 2019 23:23:00      AMERICAN EXPRESS,    P.O. BOX 981537,
                 EL PASO, TX 79998-1537
5079605        +EDI: AMEREXPR.COM Apr 01 2019 23:23:00      AMEX,   CORRESPONDENCE/BANKRUPTCY,    PO BOX 981540,
                 EL PASO, TX 79998-1540
5079607        +E-mail/Text: bk@avant.com Apr 01 2019 19:31:23      AVANT,    222 NORTH LASALLE STREET,
                 SUITE 1700,   CHICAGO, IL 60601-1101
5079608        +E-mail/Text: bk@avant.com Apr 01 2019 19:31:23      AVANT CREDIT, INC,    ATTENTION BANKRUPTCY,
                 PO BOX 9183380,   CHICAGO, IL 60691-3380
5079609        +E-mail/Text: bankruptcy@bluefcu.com Apr 01 2019 19:30:35      BLUE FEDERAL CREDIT UNION,
                 ATTN: BANKRUPTCY,   PO BOX 3200,    CHEYENNE, WY 82003-3200
5079611        +EDI: CHASE.COM Apr 01 2019 23:23:00      CHASE,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
5079614         EDI: CHASE.COM Apr 01 2019 23:23:00      CHASE,    PO BOX 15123,    WILMINGTON, DE 19850-5123
5079613        +EDI: CHASE.COM Apr 01 2019 23:23:00      CHASE,    BANKRUPTCY DEPT.,    P.O. BOX 15145,
                 WILMINGTON, DE 19850-5145
5079625        +Fax: 717-843-2252 Apr 01 2019 19:36:59      CITIFINANCIAL,    2148 WHITE STREET,
                 YORK, PA 17404-4955
5079622        +EDI: CIAC.COM Apr 01 2019 23:23:00      CITIFINANCIAL,    PO BOX 6931,    THE LAKES, NV 88901-0001
5079617        +Fax: 717-843-2252 Apr 01 2019 19:36:59      CITIFINANCIAL,    P O BOX 7311,    YORK, PA 17404-0311
5079627         EDI: WFNNB.COM Apr 01 2019 23:23:00      COMENITY CAPITAL/ZALES,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 18215,   COLUMBUS, OH 43218
5079630         EDI: CRFRSTNA.COM Apr 01 2019 23:23:00      CREDIT FIRST NA/FIRESTONE,    PO BOX 81083,
                 CLEVELAND, OH 44181
5079629        +EDI: CRFRSTNA.COM Apr 01 2019 23:23:00      CREDIT FIRST NA/FIRESTONE,    PO BOX 81315,
                 CLEVELAND, OH 44181-0315
5079628         EDI: CRFRSTNA.COM Apr 01 2019 23:23:00      CREDIT FIRST NA/FIRESTONE,    PO BOX 81307,    BK 14,
                 CLEVELAND, OH 44181-0307
5079632         EDI: CRFRSTNA.COM Apr 01 2019 23:23:00      CREDIT FIRST NATIONAL ASSOC.,    FIRESTONE,
                 P.O. BOXN 81344,   CLEVELAND, OH 44188-0344
5079631        +EDI: CRFRSTNA.COM Apr 01 2019 23:23:00      CREDIT FIRST NATIONAL ASSOC.,
                 ATTN: BK CREDIT OPERATIONS,    PO BOX 81315,    CLEVELAND, OH 44181-0315
5079634         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER,    PO BOX 71084,    CHARLOTTE, NC 28272-1084
5079641        +EDI: RMSC.COM Apr 01 2019 23:23:00      DISCOVER CARD,    P.O. BOX 960024,
                 ORLANDO, FL 32896-0024
5079642         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER CARD,    P.O. BOX 6103,
                 CAROL STREAM, IL 60197-6103
5079644        +EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER FINANCIAL,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
5079633         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER,    P.O. BOX 15316,    WILMINGTON, DE 19850
5079635         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER BANK,    PO BOX 30943,
                 SALT LAKE CITY, UT 84130
5079637         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER BANK*,    6500 NEW ALBANY ROAD,
                 NEW ALBANY, OH 43054
5079638         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER CARD,    12 READS WAY,
                 NEW CASTLE, DE 19720
5079639         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER CARD,    P.O. BOX 30943,
                 SALT LAKE CITY, UT 84130
5079640         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER CARD,    PO BOX 15251,
                 WILMINGTON, DE 19886-5251
5079645         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER FINANCIAL,    P.O. BOX 8003,
                 HILLIARD, OH 43026
5079646         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER FINANCIAL SERVICES,    P O BOX 30954,
                 SALT LAKE CITY, UT 84130-0954
5079647         EDI: DISCOVER.COM Apr 01 2019 23:23:00      DISCOVER FINANCIAL SERVICES LLC*,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
5079648        +EDI: CRFRSTNA.COM Apr 01 2019 23:23:00      FIRESTONE,    CREDIT FIRST, NA,    P.O. BOX 81344,
                 CLEVELAND, OH 44188-0001
5079653         E-mail/Text: bankruptcy.notices@hdfsi.com Apr 01 2019 19:31:28      HARLEY DAVIDSON,
                 8529 INOVATION WAY,   CHICAGO, IL 60682-0085
5079654        +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 01 2019 19:31:28      HARLEY DAVIDSON CREDIT,
                 P.O. BOX 22048,   3850 ARROWHEAD DR,    CARSON CITY, NV 89706-2016
5079655        +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 01 2019 19:31:28      HARLEY DAVIDSON FINANCIAL,
                 ATTENTION: BANKRUPTCY,   PO BOX 22048,    CARSON CITY, NV 89721-2048
5079598         EDI: IRS.COM Apr 01 2019 23:23:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5079656        +E-mail/Text: bk@lendingclub.com Apr 01 2019 19:31:20      LENDING CLUB CORP,    71 STEVENSON ST,
                 SUITE 300,   SAN FRANCISCO, CA 94105-2985
5079657        +EDI: RMSC.COM Apr 01 2019 23:23:00      LOWES,    PO BOX 960097,    ORLANDO, FL 32896-0097
5079658         EDI: RMSC.COM Apr 01 2019 23:23:00      LOWES/GECRB*,    ATTN: BANKRUPTCY DEPT.,    PO BOX 965060,
                 ORLANDO, FL 32896-5060
5079659         E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M & T BANK,    ATTN: BANKRUPTCY,
                 PO BOX 844,   BUFFALO, NY 14240
5079664         E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M&T BANK,    1 FOUNTAIN PLAZA,
                 FLOOR 4,   BUFFALO, NY 14203
5079662         E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M&T BANK,    1100 WEHRLE DRIVE,
                 BUFFALO, NY 14221
5079661         E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M&T BANK,    499 MITCHELL STREET,
                 MILLSBORO, DE 19966
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5079663          E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M&T BANK,    P.O. BOX 1288,
                  BUFFALO, NY 14240
5079667          E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M&T BANK,    P.O. BOX 1302,
                  BUFFALO, NY 14240-1302
5079665          E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49      M&T BANK,    PO BOX 767,
                  BUFFALO, NY 14240
5079675         +Fax: 407-737-5634 Apr 01 2019 19:57:01      OCWEN LOAN SERVICING LLC*,    1661 WORTHINGTON ROAD,
                  SUITE 100,   NORTH PALM BEACH, FL 33409-6493
5079677         +Fax: 407-737-5634 Apr 01 2019 19:57:01      OCWEN LOAN SERVICING, LLC,
                  ATTN: RESEARCH/BANKRUPTCY,    1661 WORTHINGTON ROAD, SUITE 100,
                  WEST PALM BEACH, FL 33409-6493
5079680         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONE MAIN FINANCIAL,    132 S. CENTERVILLE ROAD,
                  LANCASTER, PA 17603-9732
5079681         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONE MAIN FINANCIAL,    P.O. BOX 3327,
                  EVANSVILLE, IN 47732-3327
5079682          EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN CONSUMER LOAN, INC.,    PO BOX 64,
                  EVANSVILLE, IN 47701-0064
5079690         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    6801 COLWELL BLVD.,
                  IRVING, TX 75039-3198
5079686         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    1000 CARLISLE STREET,
                  SUITE 14B,   HANOVER, PA 17331-1122
5079683         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    ATTN: BANKRUPTCY,
                  PO BOX 3251,    EVANSVILLE, IN 47731-3251
5079685          EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    PO BOX 183172,
                  COLUMBUS, OH 43218-3172
5079687         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    PO BOX 70911,
                  CHARLOTTE, NC 28272-0911
5079684         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    300 ST. PAUL PLACE,
                  BALTIMORE, MD 21202-2120
5079688         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    PO BOX 1010,
                  EVANSVILLE, IN 47706-1010
5079689         +EDI: AGFINANCE.COM Apr 01 2019 23:23:00      ONEMAIN FINANCIAL,    3401 HARTZDALE DRIVE,
                  SUITE 126,    CAMP HILL, PA 17011-7238
5079693         +E-mail/Text: bankruptcy@prosper.com Apr 01 2019 19:31:23      PROSPER MARKETPLACE INC,
                  PO BOX 396081,    SAN FRANCISCO, CA 94139-6081
5079696         +E-mail/Text: bankruptcyteam@quickenloans.com Apr 01 2019 19:31:18       QUICKEN LOANS,
                  20555 VICTOR PARKWAY,    LIVONIA, MI 48152-7031
5079703          EDI: AGFINANCE.COM Apr 01 2019 23:23:00      SPRINGLEAF,    PO BOX 742536,
                  CINCINNATI, OH 45274-2536
5079704          EDI: AGFINANCE.COM Apr 01 2019 23:23:00      SPRINGLEAF FINANCIAL SERVICE,    489 EISENHOWER DR,
                  HANOVER, PA 17331
5079705          EDI: AGFINANCE.COM Apr 01 2019 23:23:00      SPRINGLEAF FINANCIAL SERVICES,    PO BOX 3251,
                  EVANSVILLE, IN 47731
5079706         +EDI: RMSC.COM Apr 01 2019 23:23:00      SYNCB/BRMART,    ATTN: BANKRUPTCY,    PO BOX 965060,
                  ORLANDO, FL 32896-5060
5079707         +EDI: RMSC.COM Apr 01 2019 23:23:00      SYNCB/CARE CREDIT,    ATTN: BANKRUPTCY,    PO BOX 965060,
                  ORLANDO, FL 32896-5060
5079708         +EDI: RMSC.COM Apr 01 2019 23:23:00      SYNCHRONY BANK/ JC PENNEYS,    ATTN: BANKRUPTCY DEPT,
                  PO BOX 965060,    ORLANDO, FL 32896-5060
5079709         +EDI: RMSC.COM Apr 01 2019 23:23:00      SYNCHRONY BANK/LOWES,    ATTN: BANKRUPTCY,
                  PO BOX 965060,    ORLANDO, FL 32896-5060
5079710         +EDI: RMSC.COM Apr 01 2019 23:23:00      SYNCHRONY BANK/SAMS,    ATTN: BANKRUPTCY,    PO BOX 965060,
                  ORLANDO, FL 32896-5060
                                                                                               TOTAL: 76

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5079666*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T BANK,     475 CROSSPOINT PARKWAY,    GETZVILLE, NY 14068)
5079594*       +MIKELE D. MILLER,    105 WEIRE ROAD,    YORK, PA 17404-9638
5079626        ##+CITIFINANCIAL,    PO BOX 183172,   COLUMBUS, OH 43218-3172
                                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Anne K. Fiorenza     on behalf of Asst. U.S. Trustee    United States Trustee
               Anne.Fiorenza@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Gregory Benjamin Schiller     on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)     carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 7
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Mikele D. Miller** | | Social Security number or ITIN | xxx–xx–1388 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | Date case filed in chapter 7 | 6/29/18 |
| Case number: | 1:18–bk–02765–HWV | | Date case converted to chapter 13 | 4/1/19 |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case
12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mikele D. Miller | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 105 Weire Road<br>York, PA 17404 | |
| 4. | **Debtor's attorney**<br>Name and address | Elizabeth Haley Rohrbaugh<br>CGA Law Firm<br>135 N. George Street<br>York, PA 17401 | Contact phone (717) 718–8336<br>Email: hrohrbaugh@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566–6097<br>Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901–2800<br>Date: 4/1/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 9, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Location:**<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/10/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/28/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |