```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02765-HWV
Mikele D. Miller                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: CGambini            Page 1 of 1             Date Rcvd: Apr 01, 2019
                               Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db             +Mikele D. Miller,    105 Weire Road,    York, PA 17404-9638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
      Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
       Anne.Fiorenza@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
       kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
      Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
       Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    MIKELE D. MILLER

Case No. 1-18-bk-02765-HWV
Chapter 7

## ORDER CONVERTING CASE TO CHAPTER 13

AND NOW, following a Motion filed by the Debtor, it is hereby

ORDERED that the within case is hereby converted to one under Chapter 13.

Dated: April 1, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)