```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 18-02765-HWV
Mikele D. Miller                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: TWilson          Page 1 of 1          Date Rcvd: Aug 01, 2019
                           Form ID: pdf010        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db              +Mikele D. Miller,   105 Weire Road,   York, PA 17404-9638
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
          Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
           Anne.Fiorenza@usdoj.gov,  ustpregion03.ha.ecf@usdoj.gov
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
           Gregory.B.Schiller@usdoj.gov,  ustpregion03.ha.ecf@usdoj.gov
          James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Thomas Song    on behalf of Creditor   Freedom Mortgage Corporation pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 7
```

IN RE:

    MIKELE D. MILLER

Case No. 1-18-bk-02765-HWV
Chapter 13

## AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES
## TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the application filed by E. Haley Rohrbaugh,

Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was

given to all creditors and other parties in interest and no objections have been received within the

twenty (21) days notice period, it is hereby

ORDERED that counsel fees for the period of time beginning June 14, 2018, through

March 13, 2019, in the amount of $4,798.50 for legal services rendered by said counsel to the

Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from June 14,

2018, through May 9, 2019, in the amount of $417.60 for a total award of $5,216.10 are hereby

approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13

Administrative Expense. It is further

ORDERED that after receipt of $1,360.00 from the Debtor, a Professional Courtesy of

$24.00 and $0 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee

is directed to pay $3,832.10 from the funds that the Trustee has on hand to Debtor's Counsel.

It is further Ordered that to the extent that the approval of these fees underfund the

Chapter 13 Plan, the Chapter 13 Trustee is directed to pay to the CGA Law Firm the amount

available within the current Plan to the funding limit, with the unpaid balance either to be paid outside of the Plan or to be paid in the plan if an amended plan is requested and approved.

Dated: August 1, 2019                    By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (LS)