In re:  
Mikele D. Miller  
    Debtor

Case No. 18-02765-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 6  
Date Rcvd: Sep 15, 2022     Form ID: pdf010     Total Noticed: 122

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mikele D. Miller, 105 Weire Road, York, PA 17404-9638 |
| 5079604 | + | AMERICAN EXPRESS, P.O. BOX 410, RAMSEY, NJ 07446-0410 |
| 5079610 | + | CARFINANCE.COM, ATTN: BANKRUPTCY, 620 NEWPORT CENTER DR #1100, NEWPORT BEACH, CA 92660-8011 |
| 5079615 | + | CITIFINANCIA, ATTN: BANKRUPTCY, 605 MUNN DR, FORT MILL, SC 29715-8421 |
| 5079616 | + | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN DR, FORT MILL, SC 29715-8421 |
| 5079617 | + | CITIFINANCIAL, P O BOX 7311, YORK, PA 17404-0311 |
| 5079625 | + | CITIFINANCIAL, 2148 WHITE STREET, YORK, PA 17404-4955 |
| 5079621 | | CITIFINANCIAL, P.O. BOX 6931, HENDERSON, NV 89016 |
| 5079623 | | CITIFINANCIAL, PO BOX 70918, CHARLOTTE, NC 28272-0918 |
| 5079624 | + | CITIFINANCIAL, 1000 CARLISLE STREET, HANOVER, PA 17331-1111 |
| 5079618 | + | CITIFINANCIAL, 3401 HARTZDALE DRIVE, SUITE 126, CAMP HILL, PA 17011-7238 |
| 5079620 | + | CITIFINANCIAL, 115 SOUTH GRACE STREET, ROCKY MOUNT, NC 27804-5602 |
| 5079636 | | DISCOVER BANK, P. O. BOX 742655, CINCINNATI, OH 45274-2655 |
| 5079643 | | DISCOVER CARD, PO BOX 742655, CINCINNATI, OH 45274-2655 |
| 5079595 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5079649 | + | FIVE STAR BANK, ATTN: BANKRUPTCY, PO BOX 227, WARSAW, NY 14569-0227 |
| 5079651 | + | FREEDOM MORTGAGE, PO BOX 89486, CLEVELAND, OH 44101-6486 |
| 5079652 | + | FREEDOM MORTGAGE CORP, ATTN: BANKRUPTCY, PO BOX 489, MT LAUREL, NJ 08054-0489 |
| 5079660 | + | M&T BANK, P.O. BOX 790408, SAINT LOUIS, MO 63179-0408 |
| 5079670 | + | MARINER FINANCE, 2528 EASTERN BLVD., YORK, PA 17402-2902 |
| 5079671 | | MARINER FINANCE LLC, PO BOX 44850, BALTIMORE, MD 21236-6850 |
| 5079672 | + | MEMBER HSBC GROUP/BENEFICIAL, 1421 WEST SHURE DRIVE, SUITE 100, ARLINGTON HEIGHTS, IL 60004-7818 |
| 5442350 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5079674 | + | OCWEN LOAN SERVICING, PO BOX 24646, WEST PALM BEACH, FL 33416-4646 |
| 5079678 | + | OCWEN LOAN SERVICING, LLC, P.O. BOX 785058, ORLANDO, FL 32878-5058 |
| 5079679 | | OCWEN LOAN SERVICING, LLC, P.O. BOX 6440, CAROL STREAM, IL 60197-6440 |
| 5079597 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5079698 | + | ROUNDPOINT MORTGAGE SERVICING CORP., 5016 PARKWAY PLAZA, SUITE 200, CHARLOTTE, NC 28217-1930 |
| 5079699 | | SAXON MORTGAGE, P.O. BOX 792667, SAN ANTONIO, TX 78279 |
| 5079700 | + | SAXON MORTGAGE, 1270 NORTHLAND DRIVE, SUITE 200, SAINT PAUL, MN 55120-1176 |
| 5079701 | + | SAXON MORTGAGE SERVICE, 3701 REGENT BLVD, IRVING, TX 75063-2312 |
| 5079702 | + | SAXON MORTGAGE SVS INC, 4708 MERCANTILE DR, FORT WORTH, TX 76137-3605 |
| 5079713 | + | ZALES CORPORATION, 901 W. WALNUT HILL LANE, IRVING, TX 75038-1001 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5079599 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2022 18:46:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55438-0901 |
| 5079600 | | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2022 18:46:00 | ALLY FINANCIAL, PO BOX 980901, MINNEAPOLIS, MN 55438 |
| 5079602 | | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2022 18:46:00 | ALLY FINANCIAL, P.O. BOX 380902, BLOOMINGTON, MN 55438-0902 |
| 5079601 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2022 18:46:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 5079603 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 18:47:15 | AMERICAN EXPRESS, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 5079605 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 18:46:57 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5079606 | ^ | MEBN | Sep 15 2022 18:44:15 | ASSET RECOVERY SOLUTIONS, 2200 E. DEVON AVE, STE 200, DES PLAINES, IL 60018-4501 |
| 5079607 | + | Email/Text: bk@avant.com | Sep 15 2022 18:46:00 | AVANT, 222 NORTH LASALLE STREET, SUITE 1700, CHICAGO, IL 60601-1101 |
| 5079608 | + | Email/Text: bk@avant.com | Sep 15 2022 18:46:00 | AVANT CREDIT, INC, ATTENTION BANKRUPTCY, PO BOX 9183380, CHICAGO, IL 60691-3380 |
| 5079609 | + | Email/Text: bankruptcy@bluefcu.com | Sep 15 2022 18:46:00 | BLUE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3200, CHEYENNE, WY 82003-3200 |
| 5199527 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 15 2022 18:47:05 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5079622 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 18:57:32 | CITIFINANCIAL, PO BOX 6931, THE LAKES, NV 88901-0001 |
| 5079626 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 18:57:34 | CITIFINANCIAL, PO BOX 183172, COLUMBUS, OH 43218-3172 |
| 5079619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 18:57:34 | CITIFINANCIAL, BANKRUPTCY DEPT., P O BOX 140489, IRVING, TX 75014-0489 |
| 5079627 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2022 18:46:00 | COMENITY CAPITAL/ZALES, ATTN: BANKRUTPTCY DEPT, PO BOX 18215, COLUMBUS, OH 43218 |
| 5079628 | | Email/Text: BKPT@cfna.com | Sep 15 2022 18:46:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81307, BK 14, CLEVELAND, OH 44181-0307 |
| 5079630 | | Email/Text: BKPT@cfna.com | Sep 15 2022 18:46:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81083, CLEVELAND, OH 44181 |
| 5079629 | + | Email/Text: BKPT@cfna.com | Sep 15 2022 18:46:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5079632 | | Email/Text: BKPT@cfna.com | Sep 15 2022 18:46:00 | CREDIT FIRST NATIONAL ASSOC., FIRESTONE, P.O. BOXN 81344, CLEVELAND, OH 44188-0344 |
| 5079631 | + | Email/Text: BKPT@cfna.com | Sep 15 2022 18:46:00 | CREDIT FIRST NATIONAL ASSOC., ATTN: BK CREDIT OPERATIONS, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5079634 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER, PO BOX 71084, CHARLOTTE, NC 28272-1084 |
| 5079641 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:46:57 | DISCOVER CARD, P.O. BOX 960024, ORLANDO, FL 32896-0024 |
| 5079642 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER CARD, P.O. BOX 6103, CAROL STREAM, IL 60197-6103 |
| 5079644 | + | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | ALBANY, OH 43054-3025 |
| 5079633 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5079635 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER BANK, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5079637 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5079638 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER CARD, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5079639 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER CARD, P.O. BOX 30943, SALT LAKE CITY, UT 84130 |
| 5079640 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER CARD, PO BOX 15251, WILMINGTON, DE 19886-5251 |
| 5079645 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER FINANCIAL, P.O. BOX 8003, HILLIARD, OH 43026 |
| 5079646 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER FINANCIAL SERVICES, P O BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 5079647 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | DISCOVER FINANCIAL SERVICES LLC*, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5182210 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5079648 | + | Email/Text: BKPT@cfna.com | Sep 15 2022 18:46:00 | FIRESTONE, CREDIT FIRST, NA, P.O. BOX 81344, CLEVELAND, OH 44188-0001 |
| 5079650 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 15 2022 18:46:00 | FREEDOM MORTGAGE, 10500 KINCAID DRIVE, FISHERS, IN 46037-9764 |
| 5442351 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 15 2022 18:46:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5079653 | | Email/Text: bankruptcy.notices@hdfsi.com | Sep 15 2022 18:46:00 | HARLEY DAVIDSON, 8529 INOVATION WAY, CHICAGO, IL 60682-0085 |
| 5079654 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 15 2022 18:46:00 | HARLEY DAVIDSON CREDIT, P.O. BOX 22048, 3850 ARROWHEAD DR, CARSON CITY, NV 89706-2016 |
| 5079655 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 15 2022 18:46:00 | HARLEY DAVIDSON FINANCIAL, ATTENTION: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5079598 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 18:46:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5079611 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 18:46:56 | CHASE, ATTN: CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 5079613 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 18:46:56 | CHASE, BANKRUPTCY DEPT., P.O. BOX 15145, WILMINGTON, DE 19850 |
| 5079614 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 18:47:04 | CHASE, PO BOX 15123, WILMINGTON, DE 19850-5123 |
| 5079612 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 18:46:56 | CHASE, PO BOX 78420, PHOENIX, AZ 85064-8420 |
| 5079656 | + | Email/Text: bk@lendingclub.com | Sep 15 2022 18:46:00 | LENDING CLUB CORP, 71 STEVENSON ST, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 5079657 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | LOWES, PO BOX 960097, ORLANDO, FL 32896-0097 |
| 5079658 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | Sep 15 2022 18:47:14 | LOWES/GECRB*, ATTN: BANKRUPTCY DEPT., PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079659 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5079664 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T BANK, 1 FOUNTAIN PLAZA, FLOOR 4, BUFFALO, NY 14203 |
| 5079662 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T BANK, 1100 WEHRLE DRIVE, BUFFALO, NY 14221 |
| 5079661 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T BANK, 499 MITCHELL STREET, MILLSBORO, DE 19966 |
| 5079663 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T BANK, P.O. BOX 1288, BUFFALO, NY 14240 |
| 5079667 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T BANK, P.O. BOX 1302, BUFFALO, NY 14240-1302 |
| 5079665 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| 5233469 | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5079668 | + Email/Text: bankruptcy@marinerfinance.com | Sep 15 2022 18:46:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 5079673 | + Email/Text: BKEBN-Notifications@ocwen.com | Sep 15 2022 18:46:00 | OCWEN LOAN SERVICING, P.O. BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 5079675 | + Email/Text: BKEBN-Notifications@ocwen.com | Sep 15 2022 18:46:00 | OCWEN LOAN SERVICING LLC*, 1661 WORTHINGTON ROAD, SUITE 100, NORTH PALM BEACH, FL 33409-6493 |
| 5079676 | Email/Text: BKEBN-Notifications@ocwen.com | Sep 15 2022 18:46:00 | OCWEN LOAN SERVICING LLC*, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5079677 | + Email/Text: BKEBN-Notifications@ocwen.com | Sep 15 2022 18:46:00 | OCWEN LOAN SERVICING, LLC, ATTN: RESEARCH/BANKRUPTCY, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |
| 5079681 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:14 | ONE MAIN FINANCIAL, P.O. BOX 3327, EVANSVILLE, IN 47732-3327 |
| 5079680 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:14 | ONE MAIN FINANCIAL, 132 S. CENTERVILLE ROAD, LANCASTER, PA 17603-9732 |
| 5079682 | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:13 | ONEMAIN CONSUMER LOAN, INC., PO BOX 64, EVANSVILLE, IN 47701-0064 |
| 5079683 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:46:57 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5079687 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:13 | ONEMAIN FINANCIAL, PO BOX 70911, CHARLOTTE, NC 28272-0911 |
| 5079690 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:14 | ONEMAIN FINANCIAL, 6801 COLWELL BLVD., IRVING, TX 75039-3198 |
| 5079685 | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:06 | ONEMAIN FINANCIAL, PO BOX 183172, COLUMBUS, OH 43218-3172 |
| 5079688 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:05 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5079689 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:05 | ONEMAIN FINANCIAL, 3401 HARTZDALE DRIVE, SUITE 126, CAMP HILL, PA 17011-7238 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5079684 | + | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:46:56 | ONEMAIN FINANCIAL, 300 ST. PAUL PLACE, BALTIMORE, MD 21202-2120 |
| 5079686 | + | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:46:56 | ONEMAIN FINANCIAL, 1000 CARLISLE STREET, SUITE 14B, HANOVER, PA 17331-1121 |
| 5079691 | | Email/Text: signed.order@pfwattorneys.com | Sep 15 2022 18:46:00 | PRESSLER, FELT & WARSHAW, L.L.P., 7 ENTIN ROAD, PARSIPPANY, NJ 07054 |
| 5079693 | ^ | MEBN | Sep 15 2022 18:44:14 | PROSPER MARKETPLACE INC, PO BOX 396081, SAN FRANCISCO, CA 94139-6081 |
| 5079696 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2022 18:46:00 | QUICKEN LOANS, 20555 VICTOR PARKWAY, LIVONIA, MI 48152-7031 |
| 5079695 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2022 18:46:00 | QUICKEN LOANS, PO BOX 442359, DETROIT, MI 48244-2359 |
| 5079694 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2022 18:46:00 | QUICKEN LOANS, 662 WOODWARD AVENUE, DETROIT, MI 48226-3433 |
| 5079697 | ^ | MEBN | Sep 15 2022 18:44:13 | ROUNDPOINT MORTGAGE, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 5079596 | + | Email/Text: karen.brown@treasury.gov | Sep 15 2022 18:46:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5079703 | | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:46:56 | SPRINGLEAF, PO BOX 742536, CINCINNATI, OH 45274-2536 |
| 5079704 | | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:13 | SPRINGLEAF FINANCIAL SERVICE, 489 EISENHOWER DR, HANOVER, PA 17331 |
| 5079705 | | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 18:47:04 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 5079706 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | SYNCB/BRMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079707 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079708 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079709 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079710 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079711 | + | Email/PDF: tbiedi@PRAGroup.com | Sep 15 2022 18:47:05 | THE BUREAUS, 1717 CENTRAL STREET, EVANSTON, IL 60201-1507 |
| 5079712 | + | Email/PDF: tbiedi@PRAGroup.com | Sep 15 2022 18:46:57 | THE BUREAUS INC, 650 DUNDEE RD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 89

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5079666 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, 475 CROSSPOINT PARKWAY, GETZVILLE, NY 14068 |
| 5079594 | *+ | MIKELE D. MILLER, 105 WEIRE ROAD, YORK, PA 17404-9638 |
| 5079669 | ##+ | MARINER FINANCE, P.O. BOX 35394, DUNDALK, MD 21222-7394 |

5079692    ##+    PRESSLER, FELT & WARSHAW, L.L.P., 508 PRUDENTIAL ROAD, SUITE 200 -B, HORSHAM, PA 19044-2309

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst. US Trustee | on behalf of Asst. U.S. Trustee United States Trustee ustpregion03.ha.ecf@usdoj.gov |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Mikele D. Miller                      Case No. 1:18-02765-HWV
                                                      Chapter 13

        Debtor

## ORDER APPROVING MOTION TO
## TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS

UPON CONSIDERATION AND REVIEW of the Motion filed by the Debtor, and it appearing that Debtor is in need of a suspension of a the Chapter 13 Plan payments, it is hereby:

ORDERED that the Debtor is authorized to suspend his Chapter 13 Plan payment for three months, specifically for the months of August, September and October, 2022, with these three months being paid over the life of the Plan, beginning in November 2022.

By the Court,

*[signature: Henry W. Van Eck]*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 14, 2022