IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Mikele D. Miller

Case No. 1:18-bk-02765-HWV

Debtor

Chapter 13

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the application filed by, E. Haley Rohrbaugh Esquire, counsel for the above Debtors, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning December 31 , 2021, through January 05, 2024, in the amount of $2,724.00 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from December 31, 2021, through January 05, 2024, in the amount of $406.62 for a total award of $3,130.62 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,360.00 from the Debtors, and $8,793.84 previously received from the Chapter 13 Trustee, the unpaid balance of $3,130.62 represented in this Final Fee application is approved and is to be paid outside of the Plan