Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

March 7, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **Mikele D. Miller**
**Ch. 13, Case No. 1:18-bk-02765-HWV**

Dear Mr. Miller:

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| Onemain financial | Onemain financial |
| 300 St Paul Place | 601 N. W. Second street |
| Baltimore MD 21202 | Evansville, IN 47708 |

Sincerely,

/s/ Haley Rohrbaugh
Haley Rohrbaugh
EHR/im