Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

March 7, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

   Re:    **Mikele D. Miller**
           **Ch. 13, Case No. 1:18-bk-02765-HWV**

Dear Mr. Miller:

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| Harley Davidson Credit | Harley- Davidson Financial Services, Inc. |
| PO Box 22048 | Attention: Rider Services |
| 3850 Arrowhead drive | PO Box 22048 |
| Carlson City, NV 89706 | Carson City, NV 89721 |

Sincerely,

/s/ Haley Rohrbaugh
Haley Rohrbaugh
EHR/im