Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

March 7, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6ᵗʰ Street
Harrisburg, PA 17102

    Re:    **Mikele D. Miller**
             **Ch. 13, Case No. 1:18-bk-02765-HWV**

Dear Mr. Miller:

Please change the address of the following creditor:

| Old Address: | New Address: |
| --- | --- |
| Saxon Mortgage | Saxon Mortgage |
| 1270 Northland drive, Suite 200 | 4860 Cox road, |
| Saint Paul, MN 55120 | Glen Allen, VA 23060 |

Sincerely,

/s/ Haley Rohrbaugh
Haley Rohrbaugh
EHR/im

{02419530/1}