IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MIKELE D. MILLER<br>    Debtor | Chapter 13<br><br>Case No. 1:18-bk-02765-HWV |

### NOTICE OF WITHDRAWAL OF AMENDED FEE APPLICATION

NOW COME E. Haley Rohrbaugh, Counsel for Debtor, and hereby withdraws the Application for Compensation and Expenses filed to Doc. 114 on February 21, 2024 and scheduled for a hearing before this Court on April 16, 2024. The withdrawal is without prejudice and may be refiled at some future time.

    Respectfully submitted,

    CGA Law Firm

By: */s/ E. Haley Rohrbaugh*
    E. Haley Rohrbaugh, Esquire
    Sup. Ct. ID No. 323803
    135 North George Street
    York, PA 17401-1282
    Telephone: 717-848-4900
    (Counsel for Debtor)

{02432746/1}

Case 1:18-bk-02765-HWV    Doc 121    Filed 04/11/24    Entered 04/11/24 11:37:02    Desc
Main Document    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MIKELE D. MILLER<br><br>Debtor | Chapter 13<br><br>Case No. 1:18-bk-02765-HWV |

CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 11, 2024, a true and correct copy of the attached Notice of Withdrawal was served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| US Trustee Office | CM/ECF |
| Jack N. Zaharopoulos, Chapter 13 Trustee | CM/ ECF |

Dated: April 11, 2024

/s/E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{02432746/1}