In re:  Case No. 18-02765-HWV
Mikele D. Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 7 |
| Date Rcvd: Jul 12, 2024 | Form ID: 3180W | Total Noticed: 125 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mikele D. Miller, 105 Weire Road, York, PA 17404-9638 |
| 5079610 | + | CARFINANCE.COM, ATTN: BANKRUPTCY, 620 NEWPORT CENTER DR #1100, NEWPORT BEACH, CA 92660-8011 |
| 5079615 | + | CITIFINANCIA, ATTN: BANKRUPTCY, 605 MUNN DR, FORT MILL, SC 29715-8421 |
| 5079616 | + | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN DR, FORT MILL, SC 29715-8421 |
| 5079617 | + | CITIFINANCIAL, P O BOX 7311, YORK, PA 17404-0311 |
| 5079625 | + | CITIFINANCIAL, 2148 WHITE STREET, YORK, PA 17404-4955 |
| 5079621 | | CITIFINANCIAL, P.O. BOX 6931, HENDERSON, NV 89016 |
| 5079623 | | CITIFINANCIAL, PO BOX 70918, CHARLOTTE, NC 28272-0918 |
| 5079624 | + | CITIFINANCIAL, 1000 CARLISLE STREET, HANOVER, PA 17331-1111 |
| 5079618 | + | CITIFINANCIAL, 3401 HARTZDALE DRIVE, SUITE 126, CAMP HILL, PA 17011-7238 |
| 5079620 | + | CITIFINANCIAL, 115 SOUTH GRACE STREET, ROCKY MOUNT, NC 27804-5602 |
| 5079636 | | DISCOVER BANK, P. O. BOX 742655, CINCINNATI, OH 45274-2655 |
| 5079643 | | DISCOVER CARD, PO BOX 742655, CINCINNATI, OH 45274-2655 |
| 5079651 | + | FREEDOM MORTGAGE, PO BOX 89486, CLEVELAND, OH 44101-6486 |
| 5079660 | + | M&T BANK, P.O. BOX 790408, SAINT LOUIS, MO 63179-0408 |
| 5079670 | + | MARINER FINANCE, 2528 EASTERN BLVD., YORK, PA 17402-2902 |
| 5079669 | + | MARINER FINANCE, P.O. BOX 35394, DUNDALK, MD 21222-7394 |
| 5079671 | | MARINER FINANCE LLC, PO BOX 44850, BALTIMORE, MD 21236-6850 |
| 5079672 | + | MEMBER HSBC GROUP/BENEFICIAL, 1421 WEST SHURE DRIVE, SUITE 100, ARLINGTON HEIGHTS, IL 60004-7818 |
| 5442350 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5079678 | + | OCWEN LOAN SERVICING, LLC, P.O. BOX 785058, ORLANDO, FL 32878-5058 |
| 5079684 | | Onemain financial, 601 N. W. Second street, Evansville, IN 47708 |
| 5079692 | + | PRESSLER, FELT & WARSHAW, L.L.P., 508 PRUDENTIAL ROAD, SUITE 200 -B, HORSHAM, PA 19044-2326 |
| 5079699 | | SAXON MORTGAGE, P.O. BOX 792667, SAN ANTONIO, TX 78279 |
| 5079701 | + | SAXON MORTGAGE SERVICE, 3701 REGENT BLVD, IRVING, TX 75063-2312 |
| 5079702 | + | SAXON MORTGAGE SVS INC, 4708 MERCANTILE DR, FORT WORTH, TX 76137-3605 |
| 5079700 | + | Saxon Mortgage, 4860 Cox Road, Glen Allen, VA 23060-9275 |
| 5079713 | + | ZALES CORPORATION, 901 W. WALNUT HILL LANE, IRVING, TX 75038-1001 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | Jul 12 2024 22:38:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5079599 | + | EDI: GMACFS.COM | Jul 12 2024 22:38:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5079600 | | EDI: GMACFS.COM | Jul 12 2024 22:38:00 | ALLY FINANCIAL, PO BOX 980901, MINNEAPOLIS, MN 55438 |
| 5079602 | | EDI: GMACFS.COM | Jul 12 2024 22:38:00 | ALLY FINANCIAL, P.O. BOX 380902, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | BLOOMINGTON, MN 55438-0902 |
| 5079601 | + EDI: GMACFS.COM | Jul 12 2024 22:38:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 5079604 | + Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 18:43:52 | AMERICAN EXPRESS, P.O. BOX 410, RAMSEY, NJ 07446-0410 |
| 5079603 | + Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 18:43:52 | AMERICAN EXPRESS, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 5079605 | + Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 18:43:52 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5079606 | ^ MEBN | Jul 12 2024 18:37:44 | ASSET RECOVERY SOLUTIONS, 2200 E. DEVON AVE, STE 200, DES PLAINES, IL 60018-4501 |
| 5079607 | + Email/Text: bk@avant.com | Jul 12 2024 18:43:00 | AVANT, 222 NORTH LASALLE STREET, SUITE 1700, CHICAGO, IL 60601-1101 |
| 5079608 | + Email/Text: bk@avant.com | Jul 12 2024 18:43:00 | AVANT CREDIT, INC, ATTENTION BANKRUPTCY, PO BOX 9183380, CHICAGO, IL 60691-3380 |
| 5079609 | + Email/Text: bankruptcy@bluefcu.com | Jul 12 2024 18:43:00 | BLUE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3200, CHEYENNE, WY 82003-3200 |
| 5199527 | EDI: Q3GTBI | Jul 12 2024 22:38:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5079622 | + EDI: CITICORP | Jul 12 2024 22:38:00 | CITIFINANCIAL, PO BOX 6931, THE LAKES, NV 88901-0001 |
| 5079626 | + EDI: CITICORP | Jul 12 2024 22:38:00 | CITIFINANCIAL, PO BOX 183172, COLUMBUS, OH 43218-3172 |
| 5079619 | EDI: CITICORP | Jul 12 2024 22:38:00 | CITIFINANCIAL, BANKRUPTCY DEPT., P O BOX 140489, IRVING, TX 75014-0489 |
| 5079627 | EDI: WFNNB.COM | Jul 12 2024 22:38:00 | COMENITY CAPITAL/ZALES, ATTN: BANKRUTPTCY DEPT, PO BOX 18215, COLUMBUS, OH 43218 |
| 5079628 | EDI: CRFRSTNA.COM | Jul 12 2024 22:38:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81307, BK 14, CLEVELAND, OH 44181-0307 |
| 5079630 | EDI: CRFRSTNA.COM | Jul 12 2024 22:38:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81083, CLEVELAND, OH 44181 |
| 5079629 | + EDI: CRFRSTNA.COM | Jul 12 2024 22:38:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5079632 | EDI: CRFRSTNA.COM | Jul 12 2024 22:38:00 | CREDIT FIRST NATIONAL ASSOC., FIRESTONE, P.O. BOXN 81344, CLEVELAND, OH 44188-0344 |
| 5079631 | + EDI: CRFRSTNA.COM | Jul 12 2024 22:38:00 | CREDIT FIRST NATIONAL ASSOC., ATTN: BK CREDIT OPERATIONS, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5079634 | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER, PO BOX 71084, CHARLOTTE, NC 28272-1084 |
| 5079641 | + EDI: SYNC | Jul 12 2024 22:38:00 | DISCOVER CARD, P.O. BOX 960024, ORLANDO, FL 32896-0024 |
| 5079642 | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER CARD, P.O. BOX 6103, CAROL STREAM, IL 60197-6103 |
| 5079644 | + EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5079633 | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER, P.O. BOX 15316, WILMINGTON, DE 19850 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5079635 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER BANK, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5079637 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5079638 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER CARD, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5079639 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER CARD, P.O. BOX 30943, SALT LAKE CITY, UT 84130 |
| 5079640 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER CARD, PO BOX 15251, WILMINGTON, DE 19886-5251 |
| 5079645 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER FINANCIAL, P.O. BOX 8003, HILLIARD, OH 43026 |
| 5079646 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER FINANCIAL SERVICES, P O BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 5079647 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | DISCOVER FINANCIAL SERVICES LLC*, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5182210 | | EDI: DISCOVER | Jul 12 2024 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5079595 | + | Email/Text: hrohrbaugh@cgalaw.com | Jul 12 2024 18:43:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5079648 | + | EDI: CRFRSTNA.COM | Jul 12 2024 22:38:00 | FIRESTONE, CREDIT FIRST, NA, P.O. BOX 81344, CLEVELAND, OH 44188-0001 |
| 5079649 | ^ | MEBN | Jul 12 2024 18:37:54 | FIVE STAR BANK, ATTN: BANKRUPTCY, PO BOX 227, WARSAW, NY 14569-0227 |
| 5079650 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 12 2024 18:43:00 | FREEDOM MORTGAGE, 10500 KINCAID DRIVE, FISHERS, IN 46037-9764 |
| 5079652 | ^ | MEBN | Jul 12 2024 18:37:55 | FREEDOM MORTGAGE CORP, ATTN: BANKRUPTCY, PO BOX 489, MT LAUREL, NJ 08054-0489 |
| 5442351 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 12 2024 18:43:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5079653 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 12 2024 18:43:00 | HARLEY DAVIDSON, 8529 INOVATION WAY, CHICAGO, IL 60682-0085 |
| 5079654 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 12 2024 18:43:00 | HARLEY DAVIDSON CREDIT, ATTN: RIDER SERVICES, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5079655 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 12 2024 18:43:00 | HARLEY DAVIDSON FINANCIAL, ATTENTION: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5079598 | | EDI: IRS.COM | Jul 12 2024 22:38:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5079611 | | EDI: JPMORGANCHASE | Jul 12 2024 22:38:00 | CHASE, ATTN: CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 5079613 | | EDI: JPMORGANCHASE | Jul 12 2024 22:38:00 | CHASE, BANKRUPTCY DEPT., P.O. BOX 15145, WILMINGTON, DE 19850 |
| 5079614 | | EDI: JPMORGANCHASE | Jul 12 2024 22:38:00 | CHASE, PO BOX 15123, WILMINGTON, DE 19850-5123 |
| 5079612 | | EDI: JPMORGANCHASE | Jul 12 2024 22:38:00 | CHASE, PO BOX 78420, PHOENIX, AZ 85064-8420 |
| 5079656 | + | EDI: LENDNGCLUB | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jul 12 2024 22:38:00 | LENDING CLUB CORP, 71 STEVENSON ST, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 5079657 | + EDI: SYNC | Jul 12 2024 22:38:00 | LOWES, PO BOX 960097, ORLANDO, FL 32896-0097 |
| 5079658 | EDI: SYNC | Jul 12 2024 22:38:00 | LOWES/GECRB*, ATTN: BANKRUPTCY DEPT., PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079659 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5079664 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T BANK, 1 FOUNTAIN PLAZA, FLOOR 4, BUFFALO, NY 14203 |
| 5079662 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T BANK, 1100 WEHRLE DRIVE, BUFFALO, NY 14221 |
| 5079661 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T BANK, 499 MITCHELL STREET, MILLSBORO, DE 19966 |
| 5079663 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T BANK, P.O. BOX 1288, BUFFALO, NY 14240 |
| 5079667 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T BANK, P.O. BOX 1302, BUFFALO, NY 14240-1302 |
| 5079665 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| 5233469 | Email/Text: camanagement@mtb.com | Jul 12 2024 18:43:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5079668 | + Email/Text: bankruptcy@marinerfinance.com | Jul 12 2024 18:43:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 5079674 | ^ MEBN | Jul 12 2024 18:37:58 | OCWEN LOAN SERVICING, PO BOX 24646, WEST PALM BEACH, FL 33416-4646 |
| 5079673 | + EDI: LCIPHHMRGT | Jul 12 2024 22:38:00 | OCWEN LOAN SERVICING, P.O. BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 5079675 | + EDI: LCIPHHMRGT | Jul 12 2024 22:38:00 | OCWEN LOAN SERVICING LLC*, 1661 WORTHINGTON ROAD, SUITE 100, NORTH PALM BEACH, FL 33409-6493 |
| 5079676 | EDI: LCIPHHMRGT | Jul 12 2024 22:38:00 | OCWEN LOAN SERVICING LLC*, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5079679 | EDI: WFFC | Jul 12 2024 22:38:00 | OCWEN LOAN SERVICING, LLC, P.O. BOX 6440, CAROL STREAM, IL 60197-6440 |
| 5079677 | + EDI: LCIPHHMRGT | Jul 12 2024 22:38:00 | OCWEN LOAN SERVICING, LLC, ATTN: RESEARCH/BANKRUPTCY, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |
| 5079681 | + EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONE MAIN FINANCIAL, P.O. BOX 3327, EVANSVILLE, IN 47732-3327 |
| 5079680 | + EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONE MAIN FINANCIAL, 132 S. CENTERVILLE ROAD, LANCASTER, PA 17603-9732 |
| 5079682 | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN CONSUMER LOAN, INC., PO BOX 64, EVANSVILLE, IN 47701-0064 |
| 5079683 | + EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5079687 | + EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, PO BOX 70911, CHARLOTTE, NC 28272-0911 |
| 5079690 | + EDI: AGFINANCE.COM | | |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5079685 | | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, 6801 COLWELL BLVD., IRVING, TX 75039-3198 |
| 5079688 | + | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, PO BOX 183172, COLUMBUS, OH 43218-3172 |
| 5079689 | + | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5079686 | + | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, 3401 HARTZDALE DRIVE, SUITE 126, CAMP HILL, PA 17011-7238 |
| | | | Jul 12 2024 22:38:00 | ONEMAIN FINANCIAL, 1000 CARLISLE STREET, SUITE 14B, HANOVER, PA 17331-1121 |
| 5079597 | + | EDI: PENNDEPTREV | Jul 12 2024 22:38:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5079597 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 18:43:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5079691 | | Email/Text: signed.order@pfwattorneys.com | Jul 12 2024 18:43:00 | PRESSLER, FELT & WARSHAW, L.L.P., 7 ENTIN ROAD, PARSIPPANY, NJ 07054 |
| 5079693 | | ^ MEBN | Jul 12 2024 18:37:39 | PROSPER MARKETPLACE INC, PO BOX 396081, SAN FRANCISCO, CA 94139-6081 |
| 5079696 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 12 2024 18:43:00 | QUICKEN LOANS, 20555 VICTOR PARKWAY, LIVONIA, MI 48152-7031 |
| 5079695 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 12 2024 18:43:00 | QUICKEN LOANS, PO BOX 442359, DETROIT, MI 48244-2359 |
| 5079694 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 12 2024 18:43:00 | QUICKEN LOANS, 662 WOODWARD AVENUE, DETROIT, MI 48226-3433 |
| 5079697 | | ^ MEBN | Jul 12 2024 18:37:37 | ROUNDPOINT MORTGAGE, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 5079698 | | ^ MEBN | Jul 12 2024 18:37:45 | ROUNDPOINT MORTGAGE SERVICING CORP., 5016 PARKWAY PLAZA, SUITE 200, CHARLOTTE, NC 28217-1930 |
| 5079596 | + | Email/Text: karen.brown@treasury.gov | Jul 12 2024 18:43:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5079703 | | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | SPRINGLEAF, PO BOX 742536, CINCINNATI, OH 45274-2536 |
| 5079704 | | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | SPRINGLEAF FINANCIAL SERVICE, 489 EISENHOWER DR, HANOVER, PA 17331 |
| 5079705 | | EDI: AGFINANCE.COM | Jul 12 2024 22:38:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 5079706 | + | EDI: SYNC | Jul 12 2024 22:38:00 | SYNCB/BRMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079707 | + | EDI: SYNC | Jul 12 2024 22:38:00 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079708 | + | EDI: SYNC | Jul 12 2024 22:38:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079709 | + | EDI: SYNC | Jul 12 2024 22:38:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079710 | + | EDI: SYNC | Jul 12 2024 22:38:00 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5079711 | + | EDI: Q3GTBI | | |

| Recip ID | Bypass Reason | | | Name and Address | | |
| --- | --- | --- | --- | --- | --- | --- |
| 5079712 | + EDI: Q3GTBI | | Jul 12 2024 22:38:00 | THE BUREAUS, 1717 CENTRAL STREET, EVANSTON, IL 60201-1507 | | |
| | | | Jul 12 2024 22:38:00 | THE BUREAUS INC, 650 DUNDEE RD, SUITE 370, NORTHBROOK, IL 60062-2757 | | |

TOTAL: 98

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5079666 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, 475 CROSSPOINT PARKWAY, GETZVILLE, NY 14068 |
| 5079594 | *+ | MIKELE D. MILLER, 105 WEIRE ROAD, YORK, PA 17404-9638 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Asst. US Trustee | on behalf of Asst. U.S. Trustee United States Trustee ustpregion03.ha.ecf@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Mikele D. Miller hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mikele D. Miller<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1388<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–02765–HWV | |

# Order of Discharge                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Mikele D. Miller

 

**By the court:**   *[signature]*

7/12/24

                                                Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**