# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Mikele D Miller

Case No.:1-18-02765HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Freedom |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 8057 |
| Property Address if applicable: | 105 Weire Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,108.10 |
| b. | Prepetition arrearages paid by the trustee: | $2,108.10 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $2,108.10 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: July 18, 2024

                                                            Respectfully submitted,

                                                            /s/ Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA 17036
                                                           Phone: (717) 566-6097
                                                           Fax: (717) 566-8313
                                                           email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Mikele D Miller

Case No.:1-18-02765HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 18, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George St
York PA 17401

**Served by First Class Mail**
Freedom Mortgage Corporation
PO Box 50485
Indianapolis IN 46250-0485

Mikele D Miller
105 Weire Rd
York  PA 17404

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 18, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02765     **MIKELE D. MILLER**

**FREEDOM MORTGAGE CORPORATION**
ATTN: PAYMENT PROCESSING
11988 EXIT 5 PKWY, BLDG 4
FISHERS, IN  46037-7939

Sequence: 24
Modify:
Filed Date: 6/10/2019 12:00:00AM
Hold Code:

Acct No: 8057/PRE ARREARS/105 WEIF

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $141,647.00 | Debt: $2,108.10 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $2,108.10 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |

### 5200  FREEDOM MORTGAGE CORPORATION

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/10/2024 | 2038132 | $318.07 | $0.00 | $318.07 | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/14/2024 | 2033430 | $290.86 | $0.00 | $290.86 | 02/26/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/12/2024 | 2032518 | $872.58 | $0.00 | $872.58 | 01/19/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030653 | $290.86 | $0.00 | $290.86 | 11/28/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/09/2023 | 2027693 | $306.04 | $0.00 | $306.04 | 08/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2023 | 2026731 | $29.69 | $0.00 | $29.69 | 07/26/2023 |

Sub-totals: $2,108.10   $0.00   $2,108.10

Grand Total: $2,108.10   $0.00