Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Mikele D. Miller

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    18-02765 HWV

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION    **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8057

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $1,100.46

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $524.83    **New escrow payment:** $457.85

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1
246
Case 1:18-bk-02765-HWV    Doc    Filed 11/05/20    Entered 11/05/20 18:49:15    Desc
Main Document    Page 1 of 2

| Debtor(s) | Mikele D. Miller | | | Case number (*if known*) 18-02765 HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/ Rebecca A. Solarz, Esquire*  Date  11/05/2020
Signature

| Print: | *Rebecca A. Solarz, Esquire* | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000
Number  Street
Philadelphia,  PA  19106
City  State  ZIP Code

Contact phone (215) 627–1322  Email rsolarz@kmllawgroup.com